DAVID A. HUBBERT
Deputy Assistant Attorney General

KENTON MCINTOSH
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-514-3768
Fax: 202-307-0054
Kenton.McIntosh@usdoj.gov

*Counsel for the United States*

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 23-50950-HLB |
| PHILIP ANDREW MACKEN | Chapter 13 |
| Debtor. | **UNITED STATES' NOTICE OF DOCUMENT SUBPOENA** |

PLEASE TAKE NOTICE that, under Rule 45 of the Federal Rules of Civil Procedure, the United States is issuing document subpoena as follows:

The United States has requested that Citibank, N.A. produce on August 26, 2024 at 5:00 pm eastern time certain documents, electronically stored information, or objects at the local United States Attorney's Office or to the undersigned directly. The requested materials are described in the attached schedule to the subpoena, a copy of these documents is attached to this Notice.

Dated: July 18, 2024.

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Kenton McIntosh*
KENTON MCINTOSH
Trial Attorney, Tax Division
U.S. Department of Justice
*Counsel for United States of America*

**CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that service of the foregoing has been made this 18th day of July, 2024, via the Court's ECF system to all users:

                                             */s/ Kenton McIntosh*
                                             KENTON MCINTOSH
                                             Trial Attorney, Tax Division
                                             U.S. Department of Justice