

| | U.S. Department of Justice |
|---|---|
| | Tax Division |

| | | |
|---|---|---|
| Trial Attorney: Kenton McIntosh | Please reply to: | Civil Trial Section, Western Region |
| Attorney's Direct Line: (202) 892-0245 | | P.O. Box 683 |
| Fax No. 202-307-0054 | | Washington, D.C. 20044 |
| Kenton.McIntosh@usdoj.gov | | |

DAH:RRW:KHMcIntosh
DJ 5-46-8547
CMN 2024100582

July 18, 2024

**Via Fax and Email**
Citibank, N.A.
c/o Legal Services Intake Unit
5800 S. Corporate Pl.
Mail Code 451
Sioux Falls, SD 57108
Fax: 347-809-6937
Email: LSI@citi.com

        RESPONSE REQUESTED BY: 8/26/2024 by 5PM ET
    Re:    *In re Macken*
           Case No. 3:23-bk-50950 (U.S. Bk. Nev.)
           Your Case # LSI-07172024-1134027

Attn: Legal Services Intake Unit:

      Enclosed is a subpoena in connection with the case referred to above. The subpoena commands you to produce documents at a U.S. government office close to where you reside or conduct business. ***Instead of the scheduled production outlined in the subpoena, we would prefer that you mail accurate and complete copies of the requested documents by Federal Express or UPS to***: Kenton McIntosh, Tax Division, United States Department of Justice, 1275 First Street NE, Room 9204, Washington, DC 20002. Should you choose to use the United States Postal Service, the United States respectfully requests that you send the production to Kenton McIntosh, Tax Division, United States Department of Justice, P.O. Box 683, Ben Franklin Station, Washington, D.C. 20044.

      We respectfully request that you produce responsive documents in an electronic format as specified in Schedule A. In addition, we respectfully request that you include a business records declaration along the lines of the enclosed sample so that we do not have to later impose on a records custodian to testify. If you have any questions or are unable to meet these requests, please call undersigned counsel to discuss the appropriate format of the production. Thank you for your assistance. Please do not hesitate to contact me at (202) 892-0245 if you have any questions or concerns.

                                          Sincerely yours,

                                          */s/ Kenton McIntosh*
                                          Kenton McIntosh
                                          Trial Attorney, Tax Division

Enclosures:                Declaration, Schedule, Subpoena

*In re Macken*
Case No. 3:23-cv-50950

**Declaration Concerning Records Produced by**
Citibank, N.A.

I, _____, declare that:

1.      I am a _____ Citibank, N.A.

2.      In my role as _____, I am familiar with the records maintained by Citibank, N.A. I personally know what records Citibank, N.A. keeps and how they are kept.

3.      Citibank, N.A. was served with a subpoena in this lawsuit. The subpoena sought certain records maintained by Citibank, N.A.

4.      On _____, I produced the requested records to counsel for the government.

5.      The records produced to the government include accounting, billing, and payment records maintained by Citibank, N.A.

6.      The records produced to the government were obtained and made at or near the time of the matters described in the records.

7.      With respect to the records created by Citibank, N.A., the individuals responsible for creating and maintaining the records had knowledge of their contents at the time the records were created and maintained.

8.      Where the records contain information from another person – such as a check or money order from a third party – the information was transmitted to Citibank, N.A. by someone with knowledge of the contents of the record.

9.      The records produced to the government were kept in the course of Citibank, N.A.'s regularly conducted activity.

10.     It was and is the regular practice of Citibank, N.A. to make and maintain the records produced to the government.

I declare under penalty of perjury that the information contained in this declaration is true and correct.

Dated this _____ day of _____, 2024.


Signature: _____

Name: _____
*Representative of Citibank, N.A.*

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES Bankruptcy COURT
## for the District of Nevada

In re _____Philip Andrew Macken_____
Debtor

*(Complete if issued in an adversary proceeding)*

Case No. _____3:23-bk-50950_____

Chapter _____13_____

_____
Plaintiff

v.

_____
Defendant

Adv. Proc. No. _____

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

To: Citibank, N.A., c/o Legal Services Intake Unit
5800 S. Corporate Pl. Mail Code 451, Sioux Falls, SD 57108 Fax: 347-809-6937

*(Name of person to whom this subpoena is directed)*

☒ **Production: YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

### See attached Schedule A for specific requests and instructions.

| Place: U.S. Attorney's Office, 325 S 1st Ave Unit 300, Sioux Falls, SD 57104 | Date and Time: **8/26/2024 by 5PM ET** |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: Click here to enter text. | Date and Time: Click here to enter text. |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7/18/2024

*CLERK OF COURT*

OR    /s/ Kenton McIntosh

_____     _____
Signature of Clerk or Deputy Clerk              Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing the United States of America, who issues or requests this subpoena, are: Kenton McIntosh, United States Department of Justice, Tax Division, 1275 First Street NE, Room 9204, Washington, DC 20002, (202) 892-0245, Kenton.McIntosh@usdoj.gov

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

19122686.1

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

Bankruptcy Case No. 3:23-bk-50950

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____             _____
                                *Server's signature*

                                _____
                                *Printed name and title*

                                _____
                                *Server's address*

Additional information regarding attempted service, etc.:

19122686.1

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)
(made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
      (i)  is a party or a party's officer; or
      (ii) is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:
   (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
   (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***
   (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      (i)  fails to allow a reasonable time to comply;
      (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
      (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      (iv) subjects a person to undue burden.
   (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      (i) disclosing a trade secret or other confidential research, development, or commercial information; or

      (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
   (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
   (i) expressly make the claim; and
   (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

19122686.1

## SCHEDULE A

This Schedule instructs Citibank, N.A. ("you") what documents to provide to counsel for the United States in order to respond to the attached Subpoena.

### How to Respond to this Subpoena

Pursuant to Federal Rule of Civil Procedure 45, you are required to produce the documents—**and electronically stored information**—set forth below. You must do so by the date stated on the Subpoena.

The subpoena commands you to produce documents at a U.S. government office close to where you reside or conduct business. *Instead of the scheduled production outlined in the subpoena, we would prefer that you mail accurate and complete copies of the requested documents by Federal Express or UPS to*: Kenton McIntosh, Tax Division, United States Department of Justice, 1275 First Street NE, Room 9204, Washington, DC 20002. Should you choose to use the United States Postal Service, the United States respectfully requests that you send the production to Kenton McIntosh, Tax Division, United States Department of Justice, P.O. Box 683, Ben Franklin Station, Washington, D.C. 20044.

Except as otherwise specified below, we respectfully request that you produce responsive documents in an electronic format (i.e., on a CD or DVD) either as single page .tiff files (with the .lfp) or as single page searchable .pdf files, and produce documents in a logical, organized, and usable format containing control numbers in the interest of minimizing the time, effort, and expense incurred by the parties.

In the alternative, please send the originals or clear copies to one of the following addresses:

| *(If by U.S. Mail)* | *(If by FedEx, UPS, or courier)* |
|---|---|
| Kenton McIntosh<br>U.S. Department of Justice, Tax Division<br>P.O. Box 14198<br>Washington D.C., 20044 | Kenton McIntosh<br>U.S. Department of Justice, Tax Division<br>One Constitution Square<br>1275 First Street NE, Room 9204, Washington, DC 20002 |

We will provide a prepaid FedEx label for your use upon your request.

If you choose not to email or mail the documents to counsel for the United States, you must produce the documents for inspection and copying at the United States Attorney's Office for the District of Nevada, 400 S. Virginia St. Reno, NV 89501, by the date and time stated on the Subpoena. Please inform the United States no fewer than three business days before you produce the documents at the United States Attorney's Office.

### Definitions

The term "**the Customer**" means Philip Macken (SSN: ▮▮▮-1194 ) and/or Dolores Webb-Macken (SSN: ▮▮▮-2885).

The term "**the Accounts**" means every account the Customer could lawfully use or access from 1/1/2018 to present. The Accounts include ▮▮▮▮▮▮▮9193, but if there are other accounts the Customer could lawfully use or access, you must produce documents concerning all such accounts, not just those listed above.

### Requested Documents

1.   Please produce **in electronic format**, such as a Microsoft Excel spreadsheet or a comma-delimited (.csv) file, the following data for each transaction in each of the Accounts from 1/1/2018 to present.
     a.   Date transaction posted;
     b.   Date transaction cleared;
     c.   Type of transaction;
     d.   Transaction description as it appears on a statement for the accountholder;
     e.   Debit amount;
     f.   Credit amount; and
     g.   Balance after transaction.

2.   Please produce each statement for the Accounts covering the entirety of 1/1/2018 to present.

3.   Please produce all records concerning any of the following transactions that occurred in the Accounts from 1/1/2018 to present:
     a.   Transfers **into** any of the Accounts by any means, including cash deposits, deposited checks, wire transfers, bank drafts, and electronic balance transfers.
     b.   Transfers **out of** any of the Accounts by any means, including cash withdrawals, checks, wire transfers, bank drafts, and electronic balance transfers.

**When producing a copy of a check, please produce both the front and the back.**

4.  Please produce all other records that tend to show any transactions performed on behalf of the Customer at any of your locations or ATMs from 1/1/2018 to present. These records include teller transaction receipts, such as records of checks that were cashed without being deposited, and records showing the purchase or redemption of a cashier's check, money order, or other similar instrument.

5.  Please produce all underwriting documents for the Accounts, including any documents submitted to you in connection with an application for credit.

6.  Please produce all other records of payments, transfers, and advances made to, from, or through the Accounts from 1/1/2018 to present.