DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE | BK-N-23-50950-HLB |
|---|---|
| PHILIP ANDREW MACKEN, | Chapter 13 |
| Debtor | **STATUS REPORT** |
| | Hearing Date: January 15, 2025<br>Hearing Time: 2:30 p.m. |

Debtor, Philip Andrew Macken, by and through his counsel, J. Craig Demetras of Demetras Law hereby files his Status Report. As of the date of this Status Report, pending matters include the following:

**Claims Objections**

JPMorgan Chase Bank filed an unsecured claim for $51,996.50, Claim # 10. Progressive Insurance Company has delivered a $16,745.39 check made out to Chase Auto Finance and Phil Macken. Mr. Macken has endorsed the check. Counsel for Mr. Macken will contact Chase Auto Finance for instructions for the delivery of the funds to JPMorgan to allow JPMorgan to file an amended proof of claim.

1

**IRS Claim Objection**

The Depositions of Philip Macken and his wife, Dolores Webb Macken, were taken by the IRS in Reno on November 19, 2024 and November 20, 2024.

The Debtor delivered his Response to Creditor United States' Second Set of Interrogatories and his Response to Creditor United States' Second Set of Requests for Production on January 6, 2025.

The Deposition of Mr. Macken's bookkeeper, Cathy Cunningham, will take place in Reno on January 17, 2025.

The IRS and the Debtor have agreed that no further extension of any discovery deadlines will be necessary.

The parties have agreed to request the Court to set a mediation/settlement conference at the Court's convenience during the period of February 21, 2025 through February 28, 2025.

**Plan Payments**

To date, the Debtor has paid $90,707 to the Chapter 13 Trustee. As of the date of this Status Report, the Debtor is current in his plan payments with January payment due on January 14, 2025.

DATED this 13th day of January, 2025.

DEMETRAS LAW
/s/ J. Craig Demetras
By: J. Craig Demetras
Attorney for Debtor

2