DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE | BK-N-23-50950-HLB |
|---|---|
| PHILIP ANDREW MACKEN, | Chapter 13 |
| Debtor | **UPDATED STATUS REPORT** |
| | Hearing Date: January 15, 2025
Hearing Time: 2:30 p.m. |

Debtor, Philip Andrew Macken, by and through his counsel, J. Craig Demetras of Demetras Law hereby files his Updated Status Report. As of the date of this Status Report, pending matters include the following:

**IRS Claim Objection**

The Depositions of Philip Macken and his wife, Dolores Webb Macken, were taken by the IRS in Reno on November 19, 2024 and November 20, 2024.

The Debtor delivered his Response to Creditor United States' Second Set of Interrogatories and his Response to Creditor United States' Second Set of Requests for Production on January 6, 2025.

1

The Deposition of Mr. Macken's bookkeeper, Cathy Cunningham, will take place in Reno on January 17, 2025.

The IRS and the Debtor do not anticipate an extension of the February 26. 2025 discovery deadline.

The parties have agreed to request the Court to set a mediation/settlement conference at the Court's convenience during the period of February 25, 2025 through February 28, 2025.

**Plan Payments**

To date, the Debtor has paid $97,677 to the Chapter 13 Trustee. Debtor made payments of $3,275 and $3,695 on January 15, 2025. Copies of the payment confirmation have been emailed to the Chapter 13 Trustee.

DATED this 15th day of January, 2025.

>DEMETRAS LAW
>/s/ J. Craig Demetras
>By: J. Craig Demetras
>Attorney for Debtor