_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
January 30, 2025

_____

DAVID A. HUBBERT
Deputy Assistant Attorney General

PATRICK R. BURNETT (DCBN 1780072)
KENTON MCINTOSH (DCBN 1656705)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-514-6619 (Burnett); 202-514-3768 (McIntosh)
Fax: 202-307-0054
Patrick.R.Burnett@usdoj.gov
Kenton.McIntosh@usdoj.gov

*Counsel for the United States*

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PHILIP ANDREW MACKEN,<br><br>       Debtor. | Case No. 23-50950-HLB<br><br>Chapter 13<br><br>**ORDER APPROVING STIPULATED MOTION FOR RELIEF FROM REQUIREMENT THAT PERSONS WITH BINDING SETTLEMENT AUTHORITY ATTEND SETTLEMENT CONFERENCE**<br><br>**[ECF No. 160]**<br><br>**Settlement Conference**<br>**Date: February 27, 2025**<br>**Time: 9:30 a.m.**<br><br>Judge: The Honorable Hilary L. Barnes<br>Settlement Judge: Honorable Christopher Jaime |

Before the Court is the stipulated motion for relief from requirement that persons with binding settlement authority attend settlement conference. For good cause shown, it is hereby ORDERED:

That this motion is hereby GRANTED. The United States is excused from having someone with settlement authority present for the entirety of the settlement conference. Kenton McIntosh and Patrick R. Burnett shall attend the virtual settlement conference in its duration and James Wilkinson, the official with binding settlement authority for the United States, shall attend as needed.

IT IS SO ORDERED

Submitted by:

*/s/ Patrick Burnett*
PATRICK R. BURNETT

*Attorney for the United States*