

Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
February 28, 2025

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| In re:<br><br>PHILIP ANDREW MACKEN,<br><br>           Debtor. | Case No.: 23-50950- HLB<br>Chapter 13<br><br>Continued Settlement Conference<br>Date:  April 3, 2025<br>Time: 9:30 a.m.<br><br>Continued Status Conference<br>Date:  April 23, 2025<br>Time: 2:30 p.m.<br><br>Related ECF No. 160 |

**ORDER CONTINUING SETTLEMENT AND STATUS CONFERENCES**

Upon the agreement and at the request of debtor Philip Macken and the United States on behalf of the Internal Revenue Service (each a "Party," and collectively the "Parties") and for good cause, the Court hereby **ORDERS**:

1. A continued Settlement Conference between the Parties is set for **April 3, 2025, at 9:30 a.m.,** before Hon. Christopher Jaime, United States Bankruptcy Judge, by remote appearance via Zoom, unless otherwise ordered.  Five (5) days prior to the settlement conference, a courtroom deputy will email the Parties a link that will include the necessary information to connect for remote participation.  The terms governing attendance and participation as set forth in the *Order Scheduling Settlement and Status Conferences* (ECF No. 160) and the *Order Approving Stipulated Motion For Relief From Requirement That Persons With Binding Settlement Authority Attend Settlement Conference* (ECF No. 163) still apply.

2. The telephonic status conference currently set for March 12, 2025, is reset and continued to **April 23, 2025, at 2:30 p.m.**, before Hon. Hilary L. Barnes. The parties must appear by dialing (833) 435-1820; Meeting ID: 160-532-0260; Passcode: 643758#. Instructions for appearing via telephone are also available on the court's website at:

www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearing-participation/.

**SIGNED AND DATED ABOVE.**

Copies sent via CM/ECF ELECTRONIC FILING