_Hilary L. Barnes_

Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
May 12, 2025

DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| IN RE | BK-N-23-50950-HLB |
|---|---|
| PHILIP ANDREW MACKEN, | Chapter 13 |
| Debtor | **ORDER APPROVING EX-PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO EXTEND THE DISCOVERY TO ALLOW DEBTOR TO PRODUCE AN EXPERT REPORT** |
| / | Hearing Date:   May 20, 2025<br>Hearing Time:   2:30 p.m. |

An Ex-Parte Motion for Order Shortening Time having been filed by Debtor on May 9, 2025, through his attorney of record, J. Craig Demetras of Demetras Law and good cause appearing therefor,

1

IT IS HEREBY ORDERED that the time for notice of a hearing with respect to the Ex-Parte Motion for Order Shortening Time to Hear Debtor's Motion to Extend the Discovery to Allow Debtor to Produce an Expert Report an Expert [Doc # 175] is hereby shortened so that the motion is heard before this Court on May 20, 2025.

IT IS HEREBY FURTHER ORDERED that any opposition to the Motion shall be filed and served 2 days prior to the hearing.

IT IS HEREBY FURTHER ORDERED that any reply to the opposition be filed and served 1 day prior to the hearing.

DATED this 9th day of May, 2025.

Submitted by:
DEMETRAS LAW
/s/ J. Craig Demetras
By: J. Craig Demetras
Attorney for Debtor

###

2