_Hilary L. Barnes_
Honorable Hilary L. Barnes
United States Bankruptcy Judge



Entered on Docket
May 16, 2025

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| IN RE | BK-N-23-50950-HLB |
|---|---|
| PHILIP ANDREW MACKEN, | Chapter 13 |
| Debtor | **AMENDED SCHEDULING ORDER** |
| _____/ | |

A Joint Ex Parte Application Approving Stipulation Regarding Proposed Amendment to Scheduling Order and Pending Discovery re Debtor's Objection to Claim 9 [Doc. 73] having been filed on May 14, 2025 [Doc. 181], and an Order Approving the Stipulation being entered on May 15, 2025 [Doc. 182]; the Court having considered all pleadings and papers on file herein; and good cause appearing;

IT IS HEREBY ORDERED that the:

1. Deadline for the United States to serve its response to written discovery: June 13, 2025.

1

2. RA Hamilton's Deposition in Reno, Nevada is continued from May 20, 2025, to an undetermined date at this time.

3. Deadline for initial Expert Disclosures: August 8, 2025. Disclosures shall include all discoverable reports, opinions, and writings by the expert.

4. Deadline for Rebuttal Expert Disclosures: September 30, 2025. Disclosures shall include all discoverable reports, opinions, and writings by the expert.

5. Close of Discovery including all expert discovery: November 10, 2025.

6. Deadline to file dispositive motions: December 9, 2025.

7. Mandatory Settlement Conference set for July 17, 2025 before Judge Jaime is vacated.

Submitted by:

| DEMETRAS LAW | UNITED STATES |
|---|---|
| /s/ J. Craig Demetras | /s/ Patrick R. Burnett |
| By: J. Craig Demetras | By: Patrick R. Burnett |
| Attorney for Debtor | Trial Attorney, Tax Division |
| 230 E. Liberty Street | U.S. Department of Justice |
| Reno, NV 89501 | P. O. Box 683 |
| Counsel for the Debtor | Washington, D.C. 20044 |
| | Counsel for the United States |