DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE | BK-N-23-50950-HLB |
|---|---|
| PHILIP ANDREW MACKEN, | Chapter 13 |
| Debtor / | **STIPULATION REGARDING DEPOSITION OF REVENUE AGENTS BENJAMIN HAMILTON AND JOANNA LYONS**<br><br>Deposition Date: JULY 15 AND JULY 16, 2025<br>Deposition Time: 9:00 AM PT |

The parties, represented by undersigned counsel, agree and stipulate as follows:

1. The Debtor will take Revenue Agent Benjamin Hamilton's deposition on July 15, 2025, at 9:00 AM PDT until completed, as permitted by under Federal Rule of Civil Procedure 30(d).

2. The deposition will be held at the office of Demetras Law at 230 E. Liberty Street Reno, NV 89501.

1

3. Mr. Hamilton's deposition will be recorded via stenographic and videotape means.
4. Revenue Agent Benjamin Hamilton will be physically present at the office of Demetras Law on July 15, 2025, at 9:00 AM PDT.
5. The parties agree that Kenton McIntosh or Patrick R. Burnett, counsel for the United States, is authorized to and will accept service of a subpoena on Revenue Agent Benjamin Hamilton's behalf compelling his attendance at the deposition in accordance with this Stipulation.
6. The parties agree that the scope of the deposition will include all issues related to pending discovery requests, Mr. Hamilton's background, and related follow up questions.
7. The Debtor is not liable to Revenue Agent Benjamin Hamilton for any travel costs or witness fee for attending the deposition described in this Stipulation.

Further, the parties agree:

8. The Debtor will take Revenue Agent Joanna Lyon's deposition on July 16, 2025, at 9:00 AM PDT until completed, as permitted by under Federal Rule of Civil Procedure 30(d).
9. The deposition will be held at the office of Demetras Law at 230 E. Liberty Street Reno, NV 89501.
10. Ms. Lyon's deposition will be recorded via stenographic and videotape means.
11. Revenue Agent Joanna Lyons will be physically present at the office of Demetras Law on July 16, 2025, at 9:00 AM PDT.
12. The parties agree that Kenton McIntosh or Patrick R. Burnett, counsel for the United States, is authorized to and will accept service of a subpoena on

Revenue Agent Joanna Lyon's behalf compelling her attendance at the deposition in accordance with this Stipulation.

13. The parties agree that the scope of the deposition will include all issues related to pending discovery requests, Ms. Lyon's background, and related follow up questions.

14. The Debtor is not liable to Revenue Agent Joanna Lyons for any travel costs or witness fee for attending the deposition described in this Stipulation.

DATED this 16th day of June, 2025.

DEMETRAS LAW
/s/ J. Craig Demetras
By: J. Craig Demetras
Attorney for Debtor

UNITED STATES

/s/ Patrick R. Burnett
PATRICK R. BURNETT
KENTON MCINTOSH
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 683
Washington, D.C. 20044
Counsel for United States