

Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
July 23, 2025

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE | BK-N-23-50950-HLB |
|---|---|
| PHILIP ANDREW MACKEN, | Chapter 13 |
| Debtor | **SECOND AMENDED SCHEDULING ORDER** |
| _____/ | |

A Joint Ex Parte Motion to Approve Stipulation Regarding Amendment to Scheduling Order and Pending Discovery Deadlines re Debtor's Objection to Claim 9 [Doc. 73] having been filed on July 22, 2025 [Doc. 190], the Court having considered all pleadings and papers on file herein; and good cause appearing;

IT IS HEREBY ORDERED that the:

1. The deposition of RA Lyons will be set upon agreement of the parties within two months at the convenience of the parties.

1

2. If the IRS intends to offer the testimony of RA Hamilton in this adversary proceeding, the Debtor will have the opportunity to notice his deposition;

3. The deadline for initial Expert Disclosures is extended to October 8, 2025.

4. The deadline for Rebuttal Expert Disclosures is extended to December 1, 2025.

5. The close of Discovery including all expert discovery is extended to January 12, 2026.

6. The deadline to file dispositive motions is extended to February 20, 2026.

7. The parties will request the Court to set a status hearing at the Court's convenience after the close of discovery on January 12, 2026.

Submitted by:

| | |
|---|---|
| DEMETRAS LAW<br>/s/ J. Craig Demetras<br>By: J. Craig Demetras<br>Attorney for Debtor<br>230 E. Liberty Street<br>Reno, NV 89501<br>Counsel for the Debtor | UNITED STATES<br>/s/ Patrick R. Burnett<br>By: Patrick R. Burnett<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P. O. Box 683<br>Washington, D.C. 20044<br>Counsel for the United States |