DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE | BK-N-23-50950-HLB |
| PHILIP ANDREW MACKEN, | Chapter 13 |
| Debtor | **CERTIFICATE OF SERVICE RE: NOTICE OF ENTRY OF SECOND AMENDED SCHEDULING ORDER** |

I.   On July 24, 2025 I served the following document:

**NOTICE OF ENTRY OF SECOND AMENDED SCHEDULING ORDER**

II.   I served the above-named document(s) by the following means to the persons as listed below:

☒a.   **ECF System** (You must attach the "Notice of Electronic Filing, or list all persons and addresses and attach additional paper if necessary)

SEE ATTACHED

☒b.   **United States mail, postage fully prepaid**
(List persons and addresses. Attach additional paper if necessary)

SEE ATTACHED

☐c.   **Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

For a party, delivery was made by handing the document(s) to the party or be leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐d.     **By direct email** (as opposed to through the ECF System)
(List persons and email addresses. Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐e.     **By fax transmission** (List persons and fax numbers. Attach additional paper if necessary.)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐f.     **By messenger** (List persons and addresses. Attach additional paper if necessary)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service.)

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on July 24, 2025

/s/ Julie Ann Raum
By: Julie Ann Raum

2

File a Notice:

23-50950-hlb PHILIP ANDREW MACKEN

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (Reno) |
| Assets: y | Judge: hlb | Case Flag: DebtEd, BAPCPA, CRTCOMP |

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from J CRAIG DEMETRAS entered on 7/23/2025 at 11:05 AM PDT and filed on 7/23/2025

**Case Name:**      PHILIP ANDREW MACKEN
**Case Number:**    23-50950-hlb
**Document Number:** 192

**Docket Text:**
Notice of Entry of Order Filed by J CRAIG DEMETRAS on behalf of PHILIP ANDREW MACKEN (Related document(s)[191] Stipulated/Agreed Order) (DEMETRAS, J)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**3665_250723112712_001.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/23/2025] [FileNumber=36830819-0
] [c19fb62de538b9907be073bbf2350433d26b07c3e628be144ee7a61be03af3f115f
0e48d8b75139f85f6ced94d6ae9be1cdd6bd58109c68ec81e8dff620e3f92]]

**23-50950-hlb Notice will be electronically mailed to:**

MAYLI ALARCON on behalf of Creditor JPMorgan Chase Bank, N.A.
ecfnvb@aldridgepite.com, malarcon@ecf.courtdrive.com

PATRICK BURNETT on behalf of Creditor UNITED STATES
patrick.r.burnett@usdoj.gov

J CRAIG DEMETRAS on behalf of Debtor PHILIP ANDREW MACKEN
mail@demetras-oneill.com, jcd@demetraslaw.com

ROBERT MCKAY HOLLEY on behalf of Creditor KATHRYN SILVERTON, trustee and beneficiary of the Loretta M. Kuhn Revocable Trust
mholley@spencerfane.com, oswibies@spencerfane.com;mckay-holley-3240@ecf.pacerpro.com

MICHAEL LEHNERS on behalf of Creditor MARVA GORDON
michaellehners@yahoo.com

KENTON MCINTOSH on behalf of Creditor UNITED STATES
kenton.mcintosh@usdoj.gov, western.Taxcivil@USDOJ.gov

WILLIAM A. VAN METER
ECF@reno13.com, trusteeNVB4v@ecf.epiqsystems.com

**23-50950-hlb Notice will not be electronically mailed to:**

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

LAUREN GARRISON
SIERRA SOTHEBY'S INTERNATIONAL REALTY
,

JACQUELINE MACKEN
C/O RYAN SULLIVAN
SULLIVAN CRUZ
505 NORTH WEST STREET
VISALIA, CA 93291

U.S. Bank Trust National Association
Robertson, Anschutz, Schneid, Crane
13010 Morris Road, Suite 450
Alpharetta, GA 30004

PHILIP ANDREW MACKEN
1440 STONEGATE COURT
GARDNERVILLE, NV 89410-7622

ALLY BANK
C/O AIS PORTFOLIO SERVICES, LLC
ATTN: BANKRUPTCY DEPARTMENT
4515 N. SANTA FE AVE., DEPT APS
OKLAHOMA CITY, OK 73118-7901

ALLY FINANCIAL
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 380901
MINNEAPOLIS, MN 55438-0901

APPLE CARD - GS BANK
ATTN: BANKRUPTCY DEPARTMENT
LOCKBOX 6112
P. O. BO X7247
PHILADELPHIA, PA 19170-6112

AT & T MOBILITY
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 5074
CAROL STREAM, IL 60197-5074

BLAZE MASTERCARD
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 2534
OMAHA, NE 68103-2534

BRYANT STATE BANK
ATTN: BANKRUPTCY DEPARTMENT
124 WEST MAIN AVENUE
BRYANT, SD 57221

CAPITAL ONE
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 31293
SALT LAKE CITY, UT 84131-0293

CHASE
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 15145
WILMINGTON, DE 19850

CHASE AUTO
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 182055
COLUMBUS, OH 43218-2055

CHASE BANK
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 78101
PHOENIX, AZ 85062-8101

CHASE CARD SERVICES
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 15548
WILMINGTON, DE 19886-5548

CITIBANK
ATTN: BANKRUPTCY DEPARTMENT
5800 SOUTH CORPORATE PLACE
SIOUX FALLS, SD 57108-5027

CREDIT ONE
ATTN: BANKRUPTCY DEPARTMENT
60500
CITY OF INDUSTRY, CA 91716-0500

CONTINENTAL FINANCE COMPANY
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 3220
BUFFALO, NY 14240-3220

DIRECTV
ATTN: BANKRUPTCY DEPARTMENT
4331 COMMUNICATIONS DRIVE
FLR 4W
DALLAS, TX 75211-1300

DISCOVER BANK
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 15316
WILMINGTON, DE 19850-5316

DISCOVER FINANCIAL SERVICES LLC
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 3025
NEW ALBANY, OH 43054-3025

DOLORES WEBB MACKEN
1440 STONEGATE COURT
GARDNERVILLE, NV 89410-7622

FEB - DESTINY
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 4499
BEAVERTON, OR 97076-4499

FIRST ACCESS
ATTN: BANKRUPTCY DEPARTMENT
2700 S. LORRAINE PLACE
SIOUX FALLS, SD 57106-3657

FIRST NATIONAL BANK
ATTN: BANKRUPTCY DEPARTMENT
1500 S. HIGHLINE AVENUE
SIOUX FALLS, SD 57110-1003

FIRST NATIONAL CREDIT
ATTN: BANKRUPTCY DEPARTMENT
500 E. 60TH STREET N
SIOUX FALLS, SD 57104

FIRST PREMIER
ATTN: BANKRUPTCY DEPARTMENT
3820 N. LOUISE AVENUE
SIOUX FALLS, SD 57107-0145

FIRST SAVINGS MASTER CARD
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 2509
OMAHA, NE 68103-2509

GM FINANCIAL
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 181145
ARLINGTON, TX 76096-1145

GREATER NEVADA CREDIT UNION
ATTN: BANKRUPTCY DEPARTMENT
451 EAGLE STATION LANE
CARSON CITY, NV 89701-8402

GREATER NEVADA CREDIT UNION
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 2128
CARSON CITY, NV 89702-2128

GREG W. KLEIN
401 SPRING STREET
SUITE 101
NEVADA CITY, CA 95959-2448

INDIGO MASTERCARD
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 4499
BEAVERTON, OR 97076-4499

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 7346
PHILADELPHIA, PA 19101-7346

JACQUELINE MACKEN
754 WINDGATE BAY #8
COSTA MESA, CA 92626-2976

JPMORGAN CHASE BANK
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE
FLOOR 1
MONROE, LA 71203-4774

KATHYRN SILVERTON, TRUSTEE OF
THE LORETTA M. KUHN REV. TRUST
ATTN: AUDREY DAMONTE
800 S. MEADOWS PKWY, STE 800
RENO, NV 89521-2975

LAND ROVER FINANCIAL GROUP
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 78232
PHOENIX, AZ 85062-8232

LARRY MASON
11083 RED DOG ROAD
NEVADA CITY, NV 95959-9505

LORETTA KUHN REVOCABLE TRUST
ATTN: REBECCA ZIPP
750 B. STREET, STE 2100
SAN DIEGO, CA 92101-8177

LORETTA M. KUHN REV. TRUST
C/0 SELTZER CAPLAN MCMAHON VITEK
750 B STREET, SUITE 2100
SAN DIEGO, CA 92101-8177

MARRIOTT VACATION CLUB
ATTN: BANKRUPTCY DEPARTMENT
1200 HWY 98 SOUTH
LAKELAND, FL 33801-5901

MARRIOTT VACATION CLUB
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 382028
PITTSBURGH, PA 15251-8028

MARRIOTT VACATION CLUB
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 8038
LAKELAND, FL 33802-8038

MARVA GORDON
9 KIT SIERRA LOOP
CARSON CITY, NV 89706-1805

MILESTONE - TBOM
ATTN: BANKRUPTCY DEPARTMENT
216 W. 2ND S STREET
DIXON, MO 65459-8048

NEVADA DEPARTMENT OF TAXATION
ATTN: BANKRUPTCY DEPARTMENT
1550 COLLEGE PKWY
SUITE 115
CARSON CITY, NV 89706-7937

NEVADA DEPARTMENT OF TAXATION
ATTN: BANKRUPTCY DEPARTMENT
4600 KIETZKE LANE
SUITE L-235
RENO, NV 89502-5045

NEVADA DEPARTMENT OF TAXATION
ATTN: BANKRUPTCY DEPARTMENT
700 E. WARM SPRINGS ROAD
SUITE 200
LAS VEGAS, NV 89119-4311

NEVADA TITLE & PAYDAY LOANS
ATTN: BANKRUPTCY DEPARTMENT
3151 N. CARSON STREET
CARSON CITY, NV 89706-0154

RELEX MASTERCARD
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 6812
CAROL STREAM, IL 60197-6812

SELENE FINANCE
ATTN: BANKRUPTCY DEPARTMENT
9990 RICHMOND
SUITE 100
HOUSTON, TX 77042-4559

SHAWN LEO
LEO LAW OFFICE
503 N. HWY 101
SUITE B
SOLANA BEACH, CA 92075-1134

SHELL MASTERCARD
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 9001011
LOUISVILLE, KY 40290-1011

SMALL BUSINESS ADMINISTRATION
ATTN: BANKRUPTCY DEPARTMENT
1664 N. VIRGINIA STREET
RENO, NV 89557-0001

SMALL BUSINESS ADMINISTRATION
ATTN: BANKRUPTCY DEPARTMENT
409 3RD STREET SW
WASHINGTON DC 20416-0002

SOCIAL SECURITY ADMINISTRATION
160 SPEAR STREET
SUITE 800
SAN FRANCISCO, CA 94105-1545

STATE OF NEVADA EMPLOYMENT
SECURITY DIVISION
500 E. THIRD STREET
CARSON CITY, NV 89713-0002

STEVENS & BRAND LLP
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 189
LAWRENCE, KS 66044-0189

SUNBIT
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 24010
LOS ANGELES, CA 90024

SURGE MASTERCARD
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 6812
CAROL STREAM, IL 60197-6818

SYNCHRONY BANK - PAYPAL
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 71783
PHILADELPHIA, PA 19176-1783

UNITED STATES TRUSTEE
300 BOOTH STREET
SUITE 3009
RENO, NV 89509-1360

UPGRADE VISA
ATTN: BANKRUPTCY DEPARTMENT
275 BATTERY ST., 22ND FLOOR
SAN FRANCISCO, CA 94111-3305

US BANK
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 5229
CINCINNATI, OH 45201-5229

US BANK
ATTN: BANKRUPTCY DEPARTMENT
800 NICOLLET MALL
MINNEAPOLIS, MN 55402

WILLIAM VAN METER
P. O. BOX 6630
RENO, NV 89513-6630

ZIONS FIRST NATIONAL BANK
ATTN: BANKRUPTCY DEPARTMENT
32270 WEST 220 SOUTH
SALT LAKE CITY, UT 84106

AMERICREDIT FINANCIAL SERVICES
dba GM FINANCIAL
P. O. BOX 183853
ARLINGTON, TX 76096

ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC
13010 MORRIS ROD, STE 450
ALPHARETTA, GA 30004

ALDRIDGE PITE
8880 RIO SAN DIEGO DR, STE 725
SAN DIEGO, CA 92108

R. MCKAY HOLLEY
HOLLEY DRIGGS
300 SOUTH FOURTH ST., STE 1600
LAS VEGAS, NV 89101

STACY H. RUBIN
HOLLEY DRIGGS
300 SOUTH FOURTH ST., STE 1600
LAS VEGAS, NV 89101

SULLIVAN CRUZ
505 NORTH WEST STREET
VISALIA, CA 93291