PATRICK R. BURNETT (DCBN 1780072)
KENTON MCINTOSH (DCBN 1656705)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-514-6619 (Burnett); 202-514-3768 (McIntosh)
Fax: 202-307-0054
Patrick.R.Burnett@usdoj.gov
Kenton.McIntosh@usdoj.gov

*Counsel for the United States*

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PHILIP ANDREW MACKEN,<br><br>Debtor. | Case No. 23-50950-HLB<br><br>Chapter 13<br><br>**UNOPPOSED MOTION FOR A STAY OF CONTESTED MATTER IN LIGHT OF LAPSE OF APPROPRIATIONS**<br><br>Judge: The Honorable Hilary L. Barnes |

The United States of America hereby moves for a stay in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. The United States therefore requests a stay of proceedings related to the Debtor's Objection to Proof of Claim (ECF No. 73) until Congress has restored appropriations to the Department.

1

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The United States requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. The United States further requests that the status hearing currently scheduled for November 18, 2025, be continued and set for a later date at the Court's convenience after Congress has appropriated funds for the Department.

6. Counsel for the Debtor has authorized counsel for the United States to state that the Debtor has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States hereby moves for a stay in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: November 5, 2025.

/s/ Kenton McIntosh
Kenton McIntosh
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties entitled thereto.

<u>/s/ Kenton McIntosh</u>
Kenton McIntosh
Trial Attorney