DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| IN RE | BK-N-23-50950-HLB |
|---|---|
| PHILIP ANDREW MACKEN, | Chapter 13 |
| Debtor | **ATTORNEY INFORMATION SHEET** |
| _____/ | Hearing Date:  December 4, 2025<br>Hearing Time: 1:30 p.m. |

    Pursuant to Local Rule 9006, my office provided notice or attempted to provide notice to the following parties, or their counsel, of the proposed Order Shortening Time for Notice and Hearing on the Application to Employ Cliff Capdevielle [Saltzman Mugan Dushoff] as Special Counsel for Debtor Under 11 U.S.C. § 327e) and for Compensation Pursuant to §§ 330 and 331. They agree or disagree to the time being shortened as indicated below:

| NAME | AGREE/DISAGREE | HOW NOTIFIED |
|---|---|---|
| William Van Meter<br>Chapter 13 Trustee | left message | phone |

1

| | | |
|---|---|---|
| McKay Holley<br>Counsel for Kathryn Silverton<br>Trustee of the Loretta M. Kuhn<br>Revocable Trust | agreed | phone |
| Kenton McIntosh<br>Counsel for Department<br>of Treasury – Internal<br>Revenue Service | agreed | phone |

DATED this 19th day of November, 2025.

                                            DEMETRAS LAW
                                            <u>/s/ J. Craig Demetras</u>
                                            By: J. Craig Demetras
                                            Attorney for Debtor