DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE<br><br>PHILIP ANDREW MACKEN,<br><br>       Debtor<br><br>_____ / | BK-N-23-50950-HLB<br><br>Chapter 13<br><br>**NOTICE OF ENTRY OF ORDER GRANTING ORAL MOTION FOR ORDER SHORTENING TIME TO HEAR APPLICATION TO EMPLOY CLIFF CAPDEVIELLE [SALTZMAN MUGAN DUSHOFF] AS SPECIAL COUNSEL FOR DEBTOR UNDER 11 USC 327(e) AND FOR COMPENSATION PURSUANT TO §§ 330 AND 331**<br><br>Hearing Date: December 4, 2025<br>Hearing Time: 1:30 p.m. |

PLEASE TAKE NOTICE that an Order Granting Oral Motion for Order Shortening Time to Hear Application to Employ Cliff Capdevielle [Saltzman Mugan Dushoff] as Special Counsel for Debtor Under 11 USC 327(e) and for Compensation Pursuant to §§ 330 and 331, a copy of which is attached hereto and incorporated herein as Exhibit "A."

DATED this 19th day of November, 2025.

Demetras Law<br>
/s/ J. Craig Demetras<br>
By: J. Craig Demetras<br>
Attorney for Debtor

1

EXHIBIT "A"

EXHIBIT "A"

Case 23-50950-hlb    Doc 199    Entered 11/19/25 12:32:37    Page 1 of 2

*Hilary L. Barnes*
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
November 19, 2025

DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE<br><br>PHILIP ANDREW MACKEN,<br><br>Debtor<br>_____/ | BK-N-23-50950-HLB<br><br>Chapter 13<br><br>**ORDER GRANTING ORAL MOTION FOR ORDER SHORTENING TIME TO HEAR APPLICATION TO EMPLOY CLIFF CAPDEVIELLE [SALTZMAN MUGAN DUSHOFF] AS SPECIAL COUNSEL FOR DEBTOR UNDER 11 U.S.C. § 327(e) AND FOR COMPENSATION PURSUANT TO §§ 330 AND 331**<br><br>Hearing Date: December 4, 2025<br>Hearing Time: 1:30 p.m. |

An oral request for an Order Shortening Time was made by the Debtor during a

1

1  status hearing held on November 18, 2025, through his attorney of record, J. Craig
2  Demetras of Demetras Law to hear his Application to Employ Cliff Capdevielle
3  [Saltzman Mugan Dushoff] as Special Counsel for Debtor Under 11 U.S.C. § 327(e)
4  and for Compensation Pursuant to §§ 330 and 331 and good cause appearing therefor,

IT IS HEREBY ORDERED that the time for notice of a hearing with respect to the oral motion for Order Shortening Time to Hear Debtor's Application to Employ Cliff Capdevielle [Saltzman Mugan Dushoff] as Special Counsel for Debtor Under 11 U.S.C. § 327(e) and for Compensation Pursuant to §§ 330 and 331 is hereby shortened so that the Application is heard before this Court on December 4, 2025, at 1:30 p.m.

IT IS HEREBY FURTHER ORDERED that any opposition to the Application shall be filed and served by December 1, 2025.

IT IS HEREBY FURTHER ORDERED that any replies shall be made at the time of the hearing.

DATED this 18th day of November, 2025.

                          DEMETRAS LAW
                          /s/ J. Craig Demetras
                          By: J. Craig Demetras
                          Attorney for Debtor