DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE | BK-N-23-50950-HLB |
|---|---|
| PHILIP ANDREW MACKEN, | Chapter 13 |
| Debtor | **NOTICE OF HEARING FOR APPLICATION TO EMPLOY CLIFF CAPDEVIELLE [SALTZMAN MUGAN DUSHOFF] AS SPECIAL COUNSEL FOR DEBTOR UNDER 11 U.S.C. § 327(e) AND FOR COMPENSATION PURSUANT TO §§ 330 AND 331** |
| _____ / | Hearing Date: December 4, 2025<br>Hearing Time: 1:30 p.m. |

PLEASE TAKE NOTICE that on the above-stated date and time, the United States Bankruptcy Court at the C. Clifton Young Federal Building, 300 Booth Street, Reno, NV 89509, will hear the Application to Employ Cliff Capdevielle [Saltzman Mugan Dushoff] as Special Counsel for Debtor under 11 U.S.C. § 327(e) and for Compensation Pursuant to §§ 330 and 331 telephonically.

1

Any opposition to this application must be filed by December 1, 2025. Any replies will be heard at the hearing on December 4, 2025.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

    1. The court may *refuse to allow you to speak* at the scheduled hearing; and

    2. The court may *rule against you* without formally calling the matter at the hearing

NOTICE IS FURTHER GIVEN that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on December 4, 2025 at 1:30 p.m. Parties are permitted to appear telephonically by dialing **1-833-435-1820, Meeting ID 160 532 0260 Participant Code: 643758.**

PLEASE TAKE FURTHER NOTICE that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

Dated this 18th day November, 2025.

                                        Demetras Law
                                        /s/ J. Craig Demetras
                                        By: J. Craig Demetras
                                        Attorney for Debtor