WILLIAM A. VAN METER, ESQ.  
State Bar No. 2803  
P.O. Box 6630  
Reno, NV  89509  
(775) 324-2500  

Chapter 13 Trustee

Electronically Filed: November 24, 2025

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

PHILIP ANDREW MACKEN,

    Debtor.

Case No.: BK-N 23-50950 hlb

Chapter 13

**TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO EMPLOY SPECIAL COUNSEL**

Date:  December 4, 2025 (OST)  
Time:  1:30 p.m.

Time Required:

---

    The Debtor proposes to employ special litigation counsel to assist in resolving the disputed IRS claim and paying a $13,000.00 retainer from $82,384.68 the Trustee is currently holding from preconfirmation plan payments.  The Debtor's case was filed on December 14, 2023, and has remained unconfirmed for nearly two years due to several claim disputes including the IRS claim.  The Debtor's $8,067.00 plan payments are not current.  The default is currently $39,580.00 (approximately 5 months).

    While the Trustee understands and does not oppose the appointment of special counsel, payment of the retainer funds held by the Trustee is inconsistent with 11 U.S.C. § 1326(a)(2).

> (1) Unless the court orders otherwise, the debtor shall commence making payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier, in the amount—
>
> (A) proposed by the plan to the trustee;

. . .

(2) A payment made under paragraph (1)(A) shall be retained by the trustee until confirmation or denial of confirmation. If a plan is confirmed, the trustee shall distribute any such payment in accordance with the plan as soon as is practicable. If a plan is not confirmed, the trustee shall return any such payments not previously paid and not yet due and owing to creditors pursuant to paragraph (3) to the debtor, after deducting any unpaid claim allowed under section 503(b).

Dated:  November 24, 2025

<u>/S/ WILLIAM A. VAN METER</u>
WILLIAM A. VAN METER
CHAPTER 13 TRUSTEE

**CERTIFICATE OF SERVICE**

     Pursuant to Fed. R. Bankr. P. 9014, 7004 and Fed. R. Civ. P. 4(g), I Candice Walker hereby swear under penalty of perjury that I am over the age of 18, not a party to the within action, and that on November 24, 2025, I Electronically Filed the attached **TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO EMPLOY SPECIAL COUNSEL** and that upon the filing of the document I anticipate that the Bankruptcy Court will thereafter generate a Notice of Electronic Filing and electronically transmit the document to:

Demetras Law
J. Craig Demetras, Esq.
220 E. Liberty Street
Reno, NV  89501

Dated:  November 24, 2025

                                                /S/ Candice Walker
                                                CANDICE WALKER
                                                Assistant to William A. Van Meter
                                                Chapter 13 Trustee