*[Signature]*
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
December 05, 2025

---

DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE<br><br>PHILIP ANDREW MACKEN,<br><br>Debtor<br>_____/ | BK-N-23-50950-HLB<br><br>Chapter 13<br><br>**ORDER GRANTING APPLICATION TO EMPLOY CLIFF CAPDEVIELLE [SALTZMAN MUGAN DUSHOFF] AS SPECIAL COUNSEL FOR DEBTOR UNDER 11 U.S.C. § 327(e) AND FOR COMPENSATION PURSUANT TO §§ 330 AND 331**<br><br>Hearing Date: December 4, 2025<br>Hearing Time: 1:30 p.m. |

A hearing was held on December 4, 2025, on Application to Employ Cliff Capdevielle [Saltzman Mugan Dushoff] as Special Counsel for Debtor Under 11

1

U.S.C. § 327(e) and for Compensation Pursuant to §§ 330 and 331 [Doc # 196] filed on November 19, 2025. At the hearing, the Debtor appeared personally and by and through his counsel, J. Craig Demetras, of Demetras Law. Appearances were made by, William Van Meter, Chapter 13 Trustee, Patrick Burnett, Esq., on behalf of the United States, and McKay Holley on behalf of Katherine Silverton, and the Court incorporating its oral findings of fact and conclusions of law as stated on the record pursuant to Fed. R. P. 7052. which include the following:

1. The Debtor's Chapter 13 plan has not yet been confirmed and cannot be presented for confirmation until the United States' disputed claim issues are resolved.

2. The Trustee has consented to the Debtor's proposal subject to the terms of this order. Because the Debtor's Chapter 13 plan has not yet been confirmed and cannot be presented for confirmation for an extended period time when several material disputed claim issues can be resolved, the agreement of the parties is approved.

3. Notwithstanding the provisions of 11 U.S.C. § 1326(a)(2), and Debtor's consent, the Trustee may distribute the approved retainer fee to Cliff Capdevielle prior to plan confirmation from a portion of the plan payments made to the Chapter 13 Trustee pursuant to § 1326(a)(1).

Good Cause appearing therefor:

IT IS HEREBY ORDERED that the Application to Employ Cliff Capdevielle as Special Counsel for Debtor Under 11 U.S.C. § 327(e) and for Compensation Pursuant to §§ 330 and 331 is GRANTED.

IT IS HEREBY FURTHER ORDERED that the Chapter 13 Trustee is authorized to pay the retainer fee of $13,000 to Cliff Capdevielle from available funds on hand.

IT IS FURTHER ORDERED that based on the agreement of the parties, the preconfirmation distribution to Cliff Capdevielle of $13,000.00 shall be treated in the same manner as a distribution under a confirmed Chapter 13 plan pursuant to 11 U.S.C. § 1326(b), including payment of the Trustee's percentage fee in effect on the date the plan payment was received by the Trustee.

Submitted by:

DEMETRAS LAW
/s/ J. Craig Demetras
By: J. Craig Demetras
Attorney for Debtor


**Approved**/Disapproved
/s/William Van Meter
William Van Meter
Chapter 13 Trustee

**Approved**/Disapproved

/s/ /s/ Patrick Burnett
Patrick Burnett
Counsel for the United States

3

ALTERNATIVE METHODS re: RULE 9021

In accordance with L. R. 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

_____   The court waived the requirements of L. R. 9021(b)(1).

_____   No party appeared at the hearing or filed an objection to the motion.

__X__   I have delivered a copy of this proposed order to all counsel who Appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Patrick Burnett
Counsel for the United States
Approved

William Van Meter
Chapter 13 Trustee
Approved

Mckay Holley
Counsel for Katherine Silverton
Waived

_____   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

DATED: December 5, 2025

/s/ J. Craig Demetras
Attorney for Debtor
230 E. Liberty Street
Reno, NV 89501
775-348-4600

4