NVB 2016 (05/2022)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

### Fee Application Cover Sheet

Case No.: 23-50950         Chapter: 13         Hearing Date/Time: 12/30/2025 13:00

Debtor: PHILIP ANDREW MACKEN

Applicant: DEMETRAS LAW

Date of Employment: DECEMBER 14, 2023

Interim Fee Application No: 2         OR         Final Fee Application

**Amounts Requested:**                                          Client Approval: Yes ☑ No ☐

**Fees:**         $      81,590.00

**Expenses:**   $       1,128.30

**Total:**         $      82,718.30

Hours:   267.20                              Blended Rate: $                305.35

Fees Previously Requested:   $ 89,404.50         Awarded: $         89,404.50

Expenses Previously Requested: $ 3,100.22         Awarded: $          3,100.22

Total Previously Requested:   $ 92,504.72         Awarded: $         92,504.72

Total Amount Paid:   $ 92,504.72

### Chapter 13 Cases ONLY:

Yes ☐ No ☑   Elected to accept the Chapter 13 Presumptive Fee pursuant to LR 2016.2, and filed the "Notice of Election to Accept the Presumptive Fee" on _____ .

Yes ☐ No ☑   Participated in the Mortgage Mediation Program: **If yes,** amount received: $ _____

I certify under penalty of perjury that the above is true.

_____         Date 12/11/25
Signature

DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE | **APPLICATION BY DEBTOR'S ATTORNEY REQUESTING APPROVAL FOR SECOND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES (DEMETRAS LAW)** |
|---|---|
| PHILIP ANDREW MACKEN, | |
| Debtor | |
| _____/ | Hearing Date: December 30, 2025<br>Hearing Time: 1:30 p.m. |

| task no. | work category | % of total | hours billed | fees sought |
|---|---|---|---|---|
|  |  |  |  |  |
| 1 | Fee/Employment Applications: | 6.8% | 19.70 | $5,552.50 |
| 2 | Case Administration: | 8.8% | 25.90 | $7,165.00 |
| 3 | Claims Administration and Objections: | 68.62% | 166.10 | $55,990.00 |
| 4 | Claims and Plan: | 15.79% | 55.5 | $12,882.50 |
|  | TOTAL | 100% | 267.2 | **$81,590.00** |
|  | Blended hourly rate including paralegals |  |  | $305.35 |
|  | **ITEMIZED EXPENSES** |  |  |  |
|  |  |  |  |  |
|  | copies |  |  | $748.25 |
|  | postage |  |  | $380.05 |
|  | **total costs** |  |  | **$1,128.30** |

1

|  | Hourly rate | Hours billed |  |
|---|---|---|---|
| JCD attorney | $400 | 132.60 | $53,040.00 |
| JAR paralegal | $225 | 65.20 | $14,670.00 |
| MAM paralegal | $200 | 69.40 | $13,880.00 |

The Application by Debtor's Attorneys Requesting Approval for Second Interim Compensation and Reimbursement of Expenses (Demetras Law) ("Application"), filed by J. Craig Demetras of DEMETRAS LAW (hereinafter "Applicant" or "Debtor's Counsel"), bankruptcy attorney for Philip Andrew Macken, (hereinafter "Debtor") states and alleges the following:

All legal services for which compensation is requested by Debtor's Counsel were performed for and on behalf of the Debtor and not on behalf of any individual creditor or other person.

As of December 11, 2025, no monies have been paid to Debtor's Counsel for fees and costs, except for payment of Court authorized first interim fees and costs in the amount of $92,504.72. The Debtor paid $50,000 of the approved fees and costs for the first interim application with the remaining $42,504.72 paid from funds on hand by the Chapter 13 Trustee.

Debtor's Counsel has not entered into any agreements with any other person for the sharing of compensation received or to be received for legal services rendered in connection with this case.

The reasonable value of the legal services rendered by Debtor's Counsel, from August 29, 2024, through December 8, 2025, as counsel for Debtor in this Chapter 13

case, is $82,718.30 of which $81,590.00 is for current legal fees and total costs of $1,128.30.  See the above referenced Summary Sheet and the December 11, 2025, Billing Statement attached as Exhibit "A."

The legal services rendered by Debtor's Counsel on behalf of the Debtor's bankrupt estate were necessary for the administration of the Debtor's estate and were beneficial toward the completion of the case. Services rendered by the firm include, but are not limited, to the following:

**Pending Claims Objections and Negotiations**

1.   The Debtor objected to IRS $2,786,000 priority proof of claim.  Since the filing of the first application for compensation, the Debtor has continued to engage in, and provide voluminous discovery responses to IRS counsel.  The Debtor has participated in two settlement conferences.  The depositions of the Debtor, the Debtors wife, and the Debtors bookkeeper have been conducted. The Debtor and the IRS are in continued discussions concerning the timing of pending Information Document Requests from the IRS, the proposed depositions of IRS Revenue Agent Joanna Lyons, and the continued depositions of the Debtor and his wife Dolores Webb Macken. An Application to Employ Special Counsel to assist with the Debtors claim objection was heard on December 4, 2025. An order granting the application was entered on December 5, 2025. [Doc # 206].

**Plan**

The Debtor filed a Plan which was withdrawn pending resolution of the IRS claim.

The Debtor will file an Amended Plan upon resolution of the IRS claim. The Debtor is delinquent with his plan payments; however, he proposes to be current by the end of January, 2026.  As of the time of the filing of this Application, the Chapter 13 Trustee has approximately $74,000 on hand after payment of the $13,000 retainer to Debtor's special counsel, Cliff Capdevielle. In addition, as of the November 30, 2025, bank statement, the Heritage Bank trust account is holding $612,435.57 for payment to creditors.

Also see Status Reports filed with the Court, incorporated by reference herein as follows:

1.  May 26, 2024 Doc #86,
2.  June 25, 2024 Doc # 115
3.  July 2, 2024 Doc# 121
4.  August 12, 2024 Doc # 139
5.  January 13, 2025 Doc # 158
6.  January 15, 2025 Doc # 159
7.  April 22, 2025 Doc # 168
8.  December 3, 2025 Doc # 205

With the allocation of legal services described above and the benefit the legal services bestowed on debtor's bankrupt estate, as described for each category, Debtor's Counsel believes its second interim fee application is reasonable, especially considering the size and complexity of this case.  The hourly rates of Demetras Law's professionals are based upon the customary compensation charged by comparably skilled practitioners.

The Debtor is requesting payment by the Chapter 13 Trustee from the funds being held by the Chapter 13 Trustee with the balance of the payment to be paid from

4

the Heritage Bank trust account. Counsel for the Debtor is requesting a pre-confirmation payment from the estate based upon the following:

1. The Debtor's Chapter 13 plan has not yet been confirmed and cannot be presented for confirmation until the United States' disputed claim issues are resolved.

2. Notwithstanding the provisions of 11 U.S.C. § 1326(a)(2), and with the Debtor's consent, the Trustee may distribute the approved fees to Demetras Law prior to plan confirmation from a portion of the plan payments made to the Chapter 13 Trustee and the funds on hand from the sale of the Debtor's residence pursuant to § 1326(a)(1).

WHEREFORE, Debtor's Counsel, J. Craig Demetras, requests approval of second interim allowance of attorney's fees and costs to DEMETRAS LAW, for the time period of August 29, 2024, through December 8, 2025, as bankruptcy attorney for the Debtor in this Chapter 13 case, in the total amount of $82,718.30; of which $81,950 is for legal fees, in addition to the sum of $1,128.30 representing reimbursement for necessary costs and out-of-pocket expenses and for such other and further relief as the Court deems just and proper under the circumstances.

DATED this *11th* day of December 2025.

DEMETRAS LAW
/s/ J. Craig Demetras
By: J. Craig Demetras
Attorney for Debtor

Phil Macken

5

# EXHIBIT "A"

# EXHIBIT "A"

# Law Offices of J. Craig Demetras

**Phil Andrew Macken**
1177 Woodfords Avenue
Gardnerville Nevada 89460
USA

**Date:** 12/11/2025
**File Number:** 11365/003
**Invoice Number:** 3661

**Re:** Macken - Bankruptcy

| Date | Initials | Description of Service | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 08/29/2024 | JAR | B160 Fee/Employment Applications; A103 Draft/revise - work on supplemental fee application | 1.30 | 292.50 |
| 09/03/2024 | JAR | B110 Case Administration; A108 Communicate - Telephone call to William Van Meter regarding plan payment status | 0.20 | 45.00 |
| 09/05/2024 | JAR | B160 Fee/Employment Applications; A103 Draft/revise - work on revisions to Supplemental Application for fees | 0.50 | 112.50 |
| 09/06/2024 | JAR | B110 Case Administration; A103 Draft/revise - work on COS for Suplement to Fee App | 0.30 | 67.50 |
| 09/10/2024 | JCD | B160 Fee/Employment Applications; A101 Plan and Prepare for hearing; review supplemental application | 0.50 | 200.00 |
| 09/12/2024 | JAR | B110 Case Administration; A103 Draft/revise - work with JCD on revisions to order approving fees | 0.30 | 67.50 |
| 09/13/2024 | JCD | B160 Fee/Employment Applications; A107 Communicate with IRS counsel and JAR regarding order approving application; review Evans case issues with payment to Trustee | 1.20 | 480.00 |
| 09/17/2024 | JAR | B110 Case Administration; A103 Draft/revise - work on notice of entry of order approving compensation and correspondence with client re same. | 0.20 | 45.00 |
| 09/17/2024 | JAR | B110 Case Administration; A103 Draft/revise - work on Certificate of Service for amended Notice of Entry of Order Approving Compensation | 0.30 | 67.50 |
| 09/23/2024 | MAM | B310 Claims Administration and Objections; A104 Review Analyze; download and save bate stamps and spreadsheets from IRS banks supoena. Sent to client; discussions with JCD re same | 1.80 | 360.00 |
| 10/09/2024 | JAR | B110 Case Administration; A108 Communicate - correspondence with Trustee re Glacier Bank | 0.20 | 45.00 |
| 10/17/2024 | JAR | B110 Case Administration - Telephone call from Phil Andrew Macken regarding timing of depos | 0.20 | 45.00 |
| 10/17/2024 | JCD | B310 Claims Administration and Objections; A108 Communicate - Telephone call from Kenton McIntosh regarding depositions; | 0.20 | 80.00 |
| 10/17/2024 | MAM | B300 Claims and Plan; A106 Communicate (with client) Schedule conference call with client and JCD for IRS depositions | 0.20 | 40.00 |
| 10/18/2024 | JCD | B310 Claims Administration and Objections; A106 Communicate with client, MAM and IRS concerning scheduling of depositions | 0.80 | 320.00 |
| 10/28/2024 | JAR | B310 Claims Administration and Objections; A107 Communicate - Telephone call to Kenton McIntosh regarding scheduling of depos | 0.20 | 45.00 |
| 10/28/2024 | JCD | B310 Claims Administration and Objections; A108 Communicate; Telephone call to Phil Andrew Macken IRS counsel and client regarding deposition schedule | 0.90 | 360.00 |
| 10/30/2024 | MAM | B310 Claims Administration and Objection; A106 Communicate (with client); call with JCD and Phil about IRS depositions; | 0.20 | 40.00 |

| 12/11/2025 | | 11365/003 | Phil Andrew Macken | | Page:2 |
|---|---|---|---|---|---|
| 11/01/2024 | JCD | B310 Claims Administration and Objections; A108 Communicate Kenton McIntosh concerning depositions; review email correspondence and memo to file concerning status of representation at the depositions; discussion with client concerning service of notice of deposition and subpoenas for Dee Macken and bookkeeper | | 1.20 | 480.00 |
| 11/05/2024 | MAM | B310 Claims Administration and Objections; A104 Review Analyze; Review and sent Notices of deposition and supoena to Phil and Dolores Macken | | 0.30 | 60.00 |
| 11/06/2024 | JCD | B310 Claims Administration and Objections; A106 Discussion with MAM, Phil and Dolores Macken concerning depositions; review email correspondence from IRS; call to Kenton McIntosh; email correspondence with McIntosh and client | | 3.00 | 1,200.00 |
| 11/06/2024 | JCD | B300 Claims and Plan; A104 Review Analyze; Meeting with Phil and Dolores Macken and MAM for IRS depositions | | 2.00 | 800.00 |
| 11/06/2024 | MAM | B300 Claims and Plan;; A104 Review Analyze; IRS letter 2023 tax return, review with JCD and sent to client | | 0.30 | 60.00 |
| 11/12/2024 | JCD | B310 Claims Administration and Objections; A106 Communicate with client and MAM to draft supplemental response to IRS Request for Production; draft response and discussion with Kenton McIntosh | | 2.50 | 1,000.00 |
| 11/12/2024 | MAM | B300 Claims and Plan; A104 Review Analyze; meeting with client and JCD for Supplemental response to Request for production #4 | | 2.00 | 400.00 |
| 11/13/2024 | JAR | B110 Case Administration; A107 Communicate - Telephone call to Kenton McIntosh regarding status hearing | | 0.20 | 45.00 |
| 11/13/2024 | JCD | B310 Claims Administration and Objections; A109 Discussions with IRS counsel regarding discovery schedule and production issues; Appear at the status hearing; review financial institution production and discussions with MAM regarding missing financial information for production | | 2.80 | 1,120.00 |
| 11/13/2024 | MAM | B300 Claims and Plan; A104 Review Analyze; work on comparison chart between Banks production and Macken list of bank accounts | | 2.50 | 500.00 |
| 11/14/2024 | MAM | B300 Claims and Plan; A104 Review Analyze; continued work on comparison chart between Bank production and Macken's list of accounts; discussion with JCD regarding production of documents. | | 2.00 | 400.00 |
| 11/15/2024 | JCD | B310 Claims Administration and Objections; A106 Communicate with client and MAM concerning depositions and draft supplemental responses; telephobe calls with Ken Mcintosh | | 4.50 | 1,800.00 |
| 11/15/2024 | MAM | B310 Claims Administration and Objections; A104 Review Analyze; Work on supplemental responses to request for production #1 and #4 to IRS, review with JCD and sent to IRS | | 1.60 | 320.00 |
| 11/15/2024 | MAM | B300 Claims and Plan; A104 Review Analyze; meeting with client to review tax summary 2019-2020 and deposition discussions | | 2.50 | 500.00 |
| 11/18/2024 | JCD | B300 Claims and Plan; A104 Review Analyze; Meeting with client and MAM to prepare for deposition | | 2.00 | 800.00 |
| 11/19/2024 | JCD | B310 Claims Administration and Objections; A101 Plan and Prepare for Phil Macken Deposition with Phil and Dee Macken; attend deposition; meeting with clients after deposition | | 8.00 | 3,200.00 |
| 11/19/2024 | MAM | B300 Claims and Plan; A104 Review Analyze; Assited with deposition preparation and proceedings | | 1.00 | 200.00 |
| 11/20/2024 | JCD | B310 Claims Administration and Objections; A106 Communicate with clients prior to the deposition; attend Dolores Webb-Macken Deposition ; attend remainder of Phil Macken deposition; discussions with clients after deposition; | | 8.00 | 3,200.00 |
| 11/20/2024 | JAR | B110 Case Administration; A103 Draft/revise - work on POA for RPM Consulting Group; discussion with JCD re same. | | 0.50 | 112.50 |
| 11/26/2024 | MAM | B310 Claims Administration and Objections; A104 Review Analyze; Meeting with client to review documentation for IRS request; | | 0.60 | 120.00 |

| 12/11/2025 | | 11365/003 | Phil Andrew Macken | | Page:3 |
|---|---|---|---|---|---|
| 12/02/2024 | JCD | B310 Claims Administration and Objections; A106 Communicate with clients concerning pending IRS discovery requests; work on draft production | | 1.40 | 560.00 |
| 12/02/2024 | MAM | B310 Claims Administration and Objections; A104 Review Analyze; Meeting with the Mackens and JCD to review documents for IRS request and BOIR | | 1.00 | 200.00 |
| 12/03/2024 | JCD | B310 Claims Administration and Objections; A106 Communicate with cleints  and MAM concerning discovery requests;  review deposition notes | | 1.00 | 400.00 |
| 12/04/2024 | JCD | B310 Claims Administration and Objections; A106 Communicate (with client) concerning production of documents; review documents and work on supplemental production | | 2.20 | 880.00 |
| 12/04/2024 | JCD | B310 Claims Administration and Objections; A104 Review Analyze discovery responses and assist with Supplemental production of documents | | 0.50 | 200.00 |
| 12/04/2024 | MAM | B310 Claims Administration and Objections; A104 Review Analyze; work on draft for Supplemental Production of Documents for IRS, bate stamp docs, review with JCD and send to IRS | | 3.00 | 600.00 |
| 12/05/2024 | JCD | B310 Claims Administration and Objections; A107 Conference call with MAM, and IRS counsel; memo to clients | | 1.60 | 640.00 |
| 12/05/2024 | MAM | B300 Claims and Plan; A104 Review Analyze; Conference Settlement call with IRS, draft memo | | 1.00 | 200.00 |
| 12/09/2024 | JAR | B110 Case Administration; A108 Communicate - Telephone call from Dolores Webb Macken | | 0.20 | 45.00 |
| 12/09/2024 | JAR | B110 Case Administration; A108 Communicate - correspondence with Trustee re Heritage bank statements | | 0.20 | 45.00 |
| 12/09/2024 | JAR | B110 Case Administration; A106 Communicate - correspondence with client re Heritage bank statements | | 0.20 | 45.00 |
| 12/09/2024 | MAM | B310 Claims Administration and Objections; A103 Draft/revise - assist JCD with settlement brief | | 3.00 | 600.00 |
| 12/10/2024 | JCD | B310 Claims Administration and Objections; A104 Review Analyze discovery requests and previous answers to interrogatories; telephone conference with Dolores Webb Macken and JAR re same | | 1.10 | 440.00 |
| 12/10/2024 | JAR | B110 Case Administration; A105 Communicate - discussion with JCD re irs claim and homestead exemption | | 0.30 | 67.50 |
| 12/17/2024 | JAR | B110 Case Administration; A108 Communicate - Telephone call to Veritext re depo transcripts | | 0.20 | 45.00 |
| 12/17/2024 | JCD | B310 Claims Administration and Objections; A106 Communicate with clients concerning deposition schedule of bookkeeper | | 0.30 | 120.00 |
| 12/18/2024 | JCD | B310 Claims Administration and Objections; A106 Communicate (with client) regarding computer invoices and records for the IRS  RFP. Further discussions concerning the deposition of the bookkeeper | | 0.80 | 320.00 |
| 12/18/2024 | MAM | B310 Claims Administration and Objections; A103 Draft/revise; Work on first drafts for second set of interrogatories and request from production from the IRS | | 1.00 | 200.00 |
| 12/27/2024 | JAR | B110 Case Administration; A104 Review Analyze - status of plan payments; discussion with JCD re same. | | 0.50 | 112.50 |
| 12/27/2024 | MAM | B310 Claims Administration and Objections; A106 Communicate (with client) Download, review and print Phil and Dolores deposition for clients review - meeting with clients and JCD | | 1.20 | 240.00 |
| 12/27/2024 | JCD | B310 Claims Administration and Objections; A106 Communicate (with client) - meeting with client | | 1.00 | 400.00 |
| 12/30/2024 | JCD | B310 Claims Administration and Objections; A106 Communicate with clients concerning ongoing discovery and deposition schedule; review and pay deposition transcript invoices | | 1.00 | 400.00 |
| 12/30/2024 | JCD | B310 Claims Administration and Objections; A108 Communicate with client and IRS counsel regarding deposition of bookkeeper; review discovery responses | | 0.80 | 320.00 |

| 12/11/2025 | | 11365/003 | Phil Andrew Macken | | Page:4 |
|---|---|---|---|---|---|

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/30/2024 | JCD | B310 Claims Administration and Objections; A106 Communicate with client regarding ongoing discovery issues regarding computer repairs | 0.50 | 200.00 |
| 01/03/2025 | JCD | B310 Claims Administration and Objections; A106 Communicate (with client) concerning document production and answers to interrogatories; review documents and discussions with MAM re draft answers; discussions with IRS regarding bookkeeper deposition | 1.80 | 720.00 |
| 01/06/2025 | MAM | B310 Claims Administration and Objections; A104 Review Analyze; Work on Second set of Interrogatories and Request for Production to IRS, call with client and review with JCD, sent to IRS | 2.50 | 500.00 |
| 01/10/2025 | JCD | B310 Claims Administration and Objections; A106 Communicate (with client) concerning deposition transcripts and preparation of documents for claim calculations; meeting with client | 2.20 | 880.00 |
| 01/10/2025 | MAM | Work on Errata sheet corrections for Phil and Dolores Macken depositions, review with JCD & Client, and sent to IRS; B300 Claims and Plan; A103 Draft/revise | 2.00 | 400.00 |
| 01/10/2025 | MAM | Meeting with client to review errata sheet corrections on deposition; B300 Claims and Plan; A104 Review Analyze | 0.50 | 100.00 |
| 01/13/2025 | JCD | B310 Claims Administration and Objections; A107 Communicate with  IRS counsel concerning settlement, discovery, and case status issues; draft status report | 1.40 | 560.00 |
| 01/14/2025 | JCD | B110 Case Administration; A106 Communicate with client concerning ongoing deadlines and memo to file re same | 0.50 | 200.00 |
| 01/14/2025 | JAR | B110 Case Administration; A106 Communicate - Telephone call to Phil Andrew Macken regarding status hearing | 0.20 | 45.00 |
| 01/14/2025 | JAR | B110 Case Administration; A108 Communicate - correspondence with Van Meter re bank statements | 0.20 | 45.00 |
| 01/14/2025 | JAR | B110 Case Administration; A106 Communicate - correspondence with client with updated status report | 0.20 | 45.00 |
| 01/15/2025 | JAR | B110 Case Administration; A104 Review Analyze - review and prepare JCD for status hearing | 0.50 | 112.50 |
| 01/15/2025 | JCD | B110 Case Administration; A103 Draft/revise - work with JAR on updated status report | 0.50 | 200.00 |
| 01/15/2025 | JCD | B110 Case Administration; A109 Appear for/attend - status hearing with client and JAR | 0.50 | 200.00 |
| 01/17/2025 | JAR | B110 Case Administration; A101 Plan and Prepare for - assist JCD with deposition prep and documents | 0.50 | 112.50 |
| 01/24/2025 | JAR | B110 Case Administration; A106 Communicate - review Order Scheduling Settlement and Status Conferences, calendar all deadlines and correspondence with client re same. | 0.50 | 112.50 |
| 01/29/2025 | JAR | B110 Case Administration; A108 Communicate - Telephone call to Vertiext; memo to file | 0.30 | 67.50 |
| 01/30/2025 | JAR | B110 Case Administration; A106 Communicate - correspondence with client re Order Approving Stipulated Motion for Relief from Requirement that Persons with Binding Settlement Authority Attend Settlement Conference | 0.20 | 45.00 |
| 02/05/2025 | JAR | B110 Case Administration; A106 Communicate - correspondence with client with 2024 Glacier Bank 1099-INT | 0.20 | 45.00 |
| 02/12/2025 | JAR | B110 Case Administration; A106 Communicate Telephone call to Phil Andrew Macken regarding bank statements | 0.30 | 67.50 |
| 02/12/2025 | JAR | B300 Claims and Plan; A106 Communicate - meeting about 433 -A and 433-B | 0.50 | 112.50 |
| 02/12/2025 | JAR | B300 Claims and Plan; A108 Communicate - correspondence with United States re 433-A and 433-B | 0.20 | 45.00 |
| 02/12/2025 | JCD | B110 Case Administration; A106 Communicate Telephone call to Phil Andrew Macken call with Phil, Dee, and JAR re 433 forms | 0.30 | 120.00 |
| 02/13/2025 | JAR | B300 Claims and Plan; A103 Draft/revise - work on production for settlement offer | 4.50 | 1,012.50 |
| 02/13/2025 | JCD | Telephone call to Phil Andrew Macken - call with client re settlement | 0.90 | 360.00 |

12/11/2025                11365/003                     Phil Andrew Macken                                    Page:5

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/14/2025 | JAR | B110 Case Administration; A108 Communicate - correspondence with Van Meter with bank statements | 0.20 | 45.00 |
| 02/18/2025 | JAR | B310 Claims Administration and Objections; A102 Research - assist with settlement statement | 1.20 | 270.00 |
| 02/18/2025 | JAR | B110 Case Administration; A108 Communicate - Telephone call to settlement judge re attachment of tax returns to the brief; discussions with JCD re same | 0.50 | 112.50 |
| 02/18/2025 | JCD | B310 Claims Administration and Objections; A103 Draft/revise work on Confidential Settlement brief, meeting with client for review | 4.50 | 1,800.00 |
| 02/19/2025 | JAR | B310 Claims Administration and Objections; A105 Communicate discussion with MAM re Cunningham deposition transcript | 0.20 | 45.00 |
| 02/21/2025 | JAR | B110 Case Administration; A107 Communicate - Telephone call to Mayli Alarcon counsel for Chase regarding check from Progressive for totaled vehicle | 0.20 | 45.00 |
| 02/24/2025 | JAR | B310 Claims Administration and Objections; A107 Communicate (other outside counsel) Telephone call to Mayli Alarcon re Progressive check | 0.20 | 45.00 |
| 02/24/2025 | JCD | B310 Claims Administration and Objections; A108 Communicate with Telephone call to McKay Holley concerning status of settlement negotiations; prepare for settlement | 0.90 | 360.00 |
| 02/27/2025 | JAR | B110 Case Administration; A107 Communicate - Telephone call from McKay Holley regarding settlement conference | 0.20 | 45.00 |
| 02/27/2025 | JAR | B310 Claims Administration and Objections; A101 Plan and Prepare for settlement conference - assist JCD with preparation for settlement conference re IRS claim | 1.50 | 337.50 |
| 02/27/2025 | JAR | B310 Claims Administration and Objections; A107 Communicate Telephone call to Kenton McIntosh regarding 433b | 0.20 | 45.00 |
| 02/27/2025 | JAR | B110 Case Administration; A106 Communicate - review amended IRS proof of claim and correspondence with client re same. | 0.20 | 45.00 |
| 02/27/2025 | JCD | B300 Claims and Plan; A104 Review Analyze - IRS Settlement Conference briefs and discussions with client re same. | 2.80 | 1,120.00 |
| 02/27/2025 | MAM | B310 Claims Administration and Objections; A103 Draft/revise; Work on draft for third supplemental of documents 433-B, bate stamped docs | 1.00 | 200.00 |
| 02/28/2025 | JAR | B310 Claims Administration and Objections; A107 Communicate - Telephone call to Kenton McIntosh re settlement | 0.20 | 45.00 |
| 03/03/2025 | JAR | B310 Claims Administration and Objections; A106 Communicate - correspondence with client re Order continuing settlement conference and status conference | 0.20 | 45.00 |
| 03/04/2025 | JAR | B310 Claims Administration and Objections; A107 Communicate Telephone call to Mayli Alarcon @ Aldridge Pite regarding Chase claim and Progressive check | 0.20 | 45.00 |
| 03/04/2025 | JAR | B310 Claims Administration and Objections; A107 Communicate - email to Aldridge Pite regarding Progressive check for chase | 0.20 | 45.00 |
| 03/10/2025 | JAR | B310 Claims Administration and Objections; A107 Communicate - Telephone call to Mayli Alarcon @ Aldridge Pite | 0.30 | 67.50 |
| 03/11/2025 | MAM | B310 Claims Administration and Objections; A111 Other; Draft letter to Chase Auto and sent certified mail with claim payment | 0.50 | 100.00 |
| 03/12/2025 | MAM | B100 Administration Scan, save and sent Bank Statements to client and trustee, | 0.40 | 80.00 |
| 03/13/2025 | JCD | B310 Claims Administration and Objections; A102 Research regarding timing of the sub-s election and designation of business as a hobbty; conference calls with Ken Mcintosh, client and MAM re same | 3.10 | 1,240.00 |
| 03/18/2025 | JCD | B310 Claims Administration and Objections; A106 Communicate with client to work on tax year 2021 and 2022 settlement offer and review documents produced in discovery for input in the tax year reconciliation | 4.00 | 1,600.00 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/18/2025 | MAM | B300 Claims and Plan; A104 Review Analyze - Work on 2021 and 2022 tax review analysis for IRS Settlement offer with JCD and Client | 4.20 | 840.00 |
| 03/19/2025 | JCD | B310 Claims Administration and Objections; A106 Communicate with client and MAM to review tax year 2019 and 2020 and work on settlement offer for those years | 3.00 | 1,200.00 |
| 03/19/2025 | MAM | B310 Claims Administration and Objections; A104 Review Analyze - Work on 2019 and 2020 tax review analysis for IRS Settlement offer with JCD and Client | 3.50 | 700.00 |
| 03/25/2025 | JCD | B310 Claims Administration and Objections; A106 Communicate with client and MAM regarding revised settlement documents; draft final documents and call to Ken McIntosh re same | 1.60 | 640.00 |
| 03/25/2025 | MAM | B300 Claims and Plan; A103 Draft/revise; Zoom call with JCD & client to review Settlement Tax offer for IRS | 1.00 | 200.00 |
| 03/27/2025 | MAM | B300 Claims and Plan; A103 Draft/revise; Assist JCD with confidential settlement offer to IRS | 1.20 | 240.00 |
| 04/07/2025 | JCD | A103 Draft/revise settlement Agreement and email to IRS counsel; telephone conference with IRS and MAM; B310 Claims Administration and Objections | 1.50 | 600.00 |
| 04/07/2025 | MAM | B310 Claims Administration and Objections; A103 Draft/revise; Assist JCD with Settlement conference brief, sent to court; conference call with IRS and JCD | 1.30 | 260.00 |
| 04/10/2025 | JCD | B300 Claims and Plan; A109 Appear for/attend; IRS Settlement Conference and meeting with client | 1.00 | 400.00 |
| 04/10/2025 | MAM | B300 Claims and Plan; A107 Communicate (other outside counsel) Call with JCD and P. Burnett from IRS discuss discovery and settlement conference | 0.20 | 40.00 |
| 04/15/2025 | JAR | B110 Case Administration; A106 Communicate - correspondence with client and trustee re Heritage statement | 0.30 | 67.50 |
| 04/17/2025 | JCD | B310 Claims Administration and Objections; A105 Communicate and client and IRS re recent developments with their expert and scheduling issues | 1.60 | 640.00 |
| 04/17/2025 | MAM | B310 Claims Administration and Objections; A103 Draft/revise; Work on drafts for Interrogatories and Request for Production to the IRS; | 1.20 | 240.00 |
| 04/18/2025 | JCD | B310 Claims Administration and Objections; A106 Communicate with client and MAM regarding discovery and scheduling issues; draft memo to IRS re same | 3.90 | 1,560.00 |
| 04/18/2025 | MAM | B300 Claims and Plan; A103 Draft/revise; Meeting with client and JCD to work on interrogatories and memo to the IRS, assist JCD with memo | 3.00 | 600.00 |
| 04/21/2025 | JAR | B110 Case Administration; A103 Draft/revise - work with JCD on Status Report | 0.70 | 157.50 |
| 04/21/2025 | JCD | B300 Claims and Plan; A108 Communicate - Telephone call to William Van Meter re plan payments and status of IRS. | 0.40 | 160.00 |
| 04/22/2025 | JCD | Telephone call to McKay Holley  - spoke; B310 Claims Administration and Objections; A103 Draft/revise status report; telephone conferences with IRS, client and Kuhn Trust; memo to file re same. | 4.50 | 1,800.00 |
| 04/23/2025 | JAR | B110 Case Administration; A108 Communicate - Telephone call from Benjamin H. Hamilton regarding his last day at IRS. | 0.20 | 45.00 |
| 04/23/2025 | JCD | B310 Claims Administration and Objections; A107 Communicate with IRS counsel concerning status of Ben Hamilton; discussions with Jar re same; work on discovery issues; prepare for and attend status hearing; meeting with client | 5.50 | 2,200.00 |
| 04/23/2025 | JAR | B310 Claims Administration and Objections; A101 Plan and Prepare assist JCD to prepare for status hearing on IRS claim objection; attend hearing with JCD | 3.80 | 855.00 |
| 04/23/2025 | JAR | B310 Claims Administration and Objections; A108 Communicate -Telephone call from Kenton McIntosh re status hearing | 0.20 | 45.00 |

| 12/11/2025 | | 11365/003 | Phil Andrew Macken | | Page:7 |
|---|---|---|---|---|---|
| 04/25/2025 | JAR | B310 Claims Administration and Objections; A103 Draft/revise - assist JCD with Debtors First Set of Interrogatories and Request for Production of Documents. | 3.20 | 720.00 |
| 04/28/2025 | JAR | B110 Case Administration; A102 Research - research motion to reopen discovery | 1.50 | 337.50 |
| 04/28/2025 | JAR | B310 Claims Administration and Objections; A103 Draft/revise - work on motion to reopen discovery and notice of hearing | 2.30 | 517.50 |
| 04/28/2025 | JAR | B310 Claims Administration and Objections; A103 Draft/revise - work on Subpoena and Notice of Subpoena | 1.50 | 337.50 |
| 04/28/2025 | JAR | B110 Case Administration; A104 Review Analyze - email correspondence from court regarding settlement conference; discussion with JCD re same. | 0.30 | 67.50 |
| 04/28/2025 | JCD | B310 Claims Administration and Objections; A107 Communicate - review correspondence from United States regarding discovery and disclosures and discussion with JAR re same. | 0.40 | 160.00 |
| 04/29/2025 | JCD | B310 Claims Administration and Objections; A108 Communicate with IRS counsel concerning ongoing discovery issues; review email correspondence | 1.20 | 480.00 |
| 04/29/2025 | JAR | B310 Claims Administration and Objections; A107 Communicate -Telephone call to Kenton McIntosh regarding discovery and subpoena | 0.20 | 45.00 |
| 04/30/2025 | JAR | B110 Case Administration; A106 Communicate - correspondence with client re settlement conference and status hearing | 0.20 | 45.00 |
| 05/05/2025 | JAR | B310 Claims Administration and Objections; A103 Draft/revise - work on stipulation as to depo of BH Hamilton and revise subpoena for depo of Hamilton and notice of deposition | 0.80 | 180.00 |
| 05/06/2025 | MAM | B300 Claims and Plan; A103 Draft/revise; Work on Stipulation and Notice of deposition to RA Hamilton with JCD, sent to IRS | 1.20 | 240.00 |
| 05/06/2025 | MAM | B300 Claims and Plan; A103 Draft/revise; Work on draft scheduling order, review with JCD, sent to IRS | 1.00 | 200.00 |
| 05/07/2025 | MAM | B300 Claims and Plan; A103 Draft/revise; Work on Joint Ex-Parte application for Order approving scheduling order - filed with court | 1.00 | 200.00 |
| 05/09/2025 | JAR | B310 Claims Administration and Objections; A103 Draft/revise - work on shortened time motions for expert; assist JCD with Motion for Expert Report | 3.50 | 787.50 |
| 05/09/2025 | JCD | B310 Claims Administration and Objections; A104 Review Analyze - work with JAR on discovery issues | 1.20 | 480.00 |
| 05/12/2025 | JAR | B310 Claims Administration and Objections; A103 Draft/revise - work on Notice of Hearing for Motion to Extend Discovery and Notice of Entry of Shortened Time | 0.70 | 157.50 |
| 05/13/2025 | JAR | B110 Case Administration; A103 Draft/revise - work on Certificate of Service and mailing | 0.50 | 112.50 |
| 05/13/2025 | JAR | B310 Claims Administration and Objections; A105 Communicate - discussion with JCD re IRS offer to extend discovery | 0.20 | 45.00 |
| 05/13/2025 | JAR | B110 Case Administration; A108 Communicate - correspondence with Van Meter re Heritage bank statements | 0.20 | 45.00 |
| 05/13/2025 | JCD | B310 Claims Administration and Objections; A107review email correspondence from IRS; discussions with IRS counsel re pending discovery issues;research burden of proof issues | 1.40 | 560.00 |
| 05/13/2025 | JCD | B310 Claims Administration and Objections; A107 Communicate (other outside counsel) Telephone call to Kenton McIntosh and MAM about stipulation to reopen discovery | 0.30 | 120.00 |
| 05/14/2025 | JAR | B310 Claims Administration and Objections; A103 Draft/revise - work on Joint Exparte Application to Approve Stipulation Extending Discovery with JCD and Stipulation; work on Order Approving Stipulation; correspondence with IRS and client re same. | 1.80 | 405.00 |
| 05/15/2025 | JAR | B110 Case Administration; A103 Draft/revise - work on notice of entry of order approving stipulation | 0.30 | 67.50 |

| 12/11/2025 | | 11365/003 | Phil Andrew Macken | | Page:8 |
|---|---|---|---|---|---|
| 05/15/2025 | JCD | 310 Claims Administration and Objections; A107 Communicate Telephone call to Patrick Hawes - spoke; B Kuhn Trust Counsel and client re status hearing; draft Amended Scheduling order and email to IRS counsel | | 2.20 | 880.00 |
| 05/16/2025 | JAR | B310 Claims Administration and Objections; A103 Draft/revise - work on Certificate of Service for Notice of Entry of Order Approving Stipulation for Discovery | | 0.30 | 67.50 |
| 05/16/2025 | JAR | B310 Claims Administration and Objections; A103 Draft/revise - work on notice of entry of Amended Scheduling Order | | 0.30 | 67.50 |
| 05/16/2025 | MAM | B300 Claims and Plan; A108 Communicate (other external); Research and call to San Diego Court for directions on zoom link and phone number for hearing; discussion with JCD re same. | | 0.50 | 100.00 |
| 05/20/2025 | JCD | B310 Claims Administration and Objections; A108 Communicate with IRS counsel regarding deposition of Ben Hmilton; discussions with MAM, JAR and client regarding ongoing discovery and expert disclosures; review and revise supplemental disclosures | | 2.90 | 1,160.00 |
| 05/20/2025 | MAM | B300 Claims and Plan; A106 Communicate with client; Meeting with client and JCD | | 1.00 | 200.00 |
| 05/20/2025 | MAM | B300 Claims and Plan; A103 Draft/revise; work on draft fourth supplemental of docs MMVR sub S docs - review with JCD and client, sent to IRS | | 1.20 | 240.00 |
| 06/09/2025 | MAM | B300 Claims and Plan; A103 Draft/revise; Work on draft for third set of interrogatories and requests for production | | 2.00 | 400.00 |
| 06/10/2025 | JCD | B110 Case Administration; A106 Communicate - Telephone call from Phil Andrew Macken regarding MMVR value | | 0.20 | 80.00 |
| 06/10/2025 | MAM | B300 Claims and Plan; A103 Draft/revise; Work on draft for first set of Requests for admission | | 1.00 | 200.00 |
| 06/16/2025 | JCD | B310 Claims Administration and Objections; A104 Review Analyze IRS responses to interrogatories and requests for production; review IRS requests for admission and work on discovery/deposition deadlines with MAM and JAR; review and revise deposition notices | | 2.90 | 1,160.00 |
| 06/16/2025 | JAR | B310 Claims Administration and Objections; A103 Draft/revise - work on amended notice of Hamilton depo; work on notice of depo of Joanna Lyons; work on stipulation of deposition of Hamilton and Lyons. Discussion with JCD re same; correspondence with IRS. | | 0.80 | 180.00 |
| 06/17/2025 | JAR | B310 Claims Administration and Objections; A105 Communicate - discussion with JCD re discovery | | 0.20 | 45.00 |
| 06/17/2025 | JCD | B310 Claims Administration and Objections; A105 Communicate - discussion with JAR re MMVR value pre-petition | | 0.20 | 80.00 |
| 06/17/2025 | MAM | B300 Claims and Plan; A107 Communicate (other outside counsel); Schedule depositions to RA Hamilton and RA Lyonns - call with veritext | | 0.40 | 80.00 |
| 06/24/2025 | JCD | B310 Claims Administration and Objections; A103 Draft/revise; Work on draft answers to request for admission | | 1.20 | 480.00 |
| 06/26/2025 | JCD | B310 Claims Administration and Objections; A104 Review Analyze discovery requests and calls and email correspondence to IRS counsel concerning discovery deadlines | | 0.80 | 320.00 |
| 06/26/2025 | MAM | B310 Claims Administration and Objections; A106 Communicate (with client); Telephone call to Phil Andrew Macken re discovery issues | | 0.20 | 40.00 |
| 07/01/2025 | MAM | B310 Claims Administration and Objections; A104 Review Analyze; Preparation for meeting and meeting with client to review discovery responses and related case matters | | 3.50 | 700.00 |
| 07/03/2025 | JCD | B310 Claims Administration and Objections; A104 Review Analyze; Meeting with Phil and Dolores Macken, JAR & MAM to work on discovery responses | | 3.00 | 1,200.00 |
| 07/07/2025 | JAR | B310 Claims Administration and Objections; A106 Communicate - meeting with client, JCD and MAM re discovery | | 2.40 | 540.00 |

| 12/11/2025 | 11365/003 | Phil Andrew Macken | | Page:9 |
|---|---|---|---|---|
| 07/07/2025 | JCD | B310 Claims Administration and Objections; A106 Communicate with Phil and Dee Macken regarding status of IRS claim and discovery requests; work on production of documents and requests for admission | 2.20 | 880.00 |
| 07/08/2025 | JCD | B110 Case Administration; A108 Communicate with William Van Meter concerning payment status and status of exempt proceeds and plan confirmation payments; research exemption of proceeds | 1.20 | 480.00 |
| 07/08/2025 | JAR | B310 Claims Administration and Objections; A107 Communicate - assist with final discovery preparation and correspondence with IRS counsel re same. | 0.70 | 157.50 |
| 07/08/2025 | MAM | B300 Claims and Plan; A104 Review Analyze; Meeting with Phil & JCD to work, review and finalize discovery responses, upload and sent to IRS Counsel | 6.50 | 1,300.00 |
| 07/10/2025 | JCD | B310 Claims Administration and Objections; A104 Review Analyze IRS discovery responses, prepare for depositions and discussions with client re same | 3.20 | 1,280.00 |
| 07/10/2025 | MAM | B300 Claims and Plan; A106 Communicate - Telephone call to Phil Andrew Macken | 0.20 | 40.00 |
| 07/11/2025 | MAM | B300 Claims and Plan; A103 Draft/revise: Print IRS production of spreadsheets in preparation for depositions; | 1.20 | 240.00 |
| 07/16/2025 | JAR | B110 Case Administration; A108 Communicate - correspondence with client and Trustee with Heritage bank statements | 0.30 | 67.50 |
| 07/23/2025 | JAR | B110 Case Administration; A103 Draft/revise - work on notice of entry of order for second amended scheduling order | 0.30 | 67.50 |
| 07/24/2025 | JAR | B110 Case Administration; A103 Draft/revise - work on COS for NOEOO second amended scheduling order | 0.30 | 67.50 |
| 07/24/2025 | JAR | B110 Case Administration; A106 Communicate - correspondence with client re notice of entry of order approving second amended scheduling order | 0.20 | 45.00 |
| 08/07/2025 | JAR | B110 Case Administration; A107 Communicate - Telephone call to Patrick Burnett regarding meeting | 0.20 | 45.00 |
| 08/07/2025 | JCD | B310 Claims Administration and Objections; A105 Communicate - discussion with JAR re discovery and settlement status | 0.30 | 120.00 |
| 08/19/2025 | JAR | B110 Case Administration; A106 Communicate - review client email re plan payment and discussion with JCD re same. | 0.20 | 45.00 |
| 08/27/2025 | JAR | B110 Case Administration; A108 Communicate - Telephone call to William Van Meter re e-pay status | 0.20 | 45.00 |
| 09/10/2025 | JAR | B110 Case Administration; correspondence with client with bank statements. | 0.20 | 45.00 |
| 09/10/2025 | JAR | B110 Case Administration; correspondence with Van Meter with bank statements | 0.20 | 45.00 |
| 09/10/2025 | JCD | B100 Administration; A106 Communicate with Dolores Webb concerning status of case. Review email correspondence | 1.20 | 480.00 |
| 09/12/2025 | JAR | B110 Case Administration; A107 Communicate - Telephone call to Patrick Burnett re upcoming deadlines etc | 0.20 | 45.00 |
| 09/12/2025 | JCD | B110 Case Administration; A107 Communicate with IRS counsel and JAR regarding case status and discovery deadlines; review discovery requests and email correspondence with clients | 1.20 | 480.00 |
| 10/02/2025 | JCD | B310 Claims Administration and Objections; A108 Communicate with IRS revenue agent regarding discovery deadlines | 0.40 | 160.00 |
| 10/03/2025 | JAR | B300 Claims and Plan; A103 Draft/revise - work with JCD on letter to Joanna Lyons at IRS | 0.30 | 67.50 |
| 10/03/2025 | JCD | B310 Claims Administration and Objections; A103 Draft/revise letter to IRS regarding discovery deadlines | 0.50 | 200.00 |
| 10/06/2025 | JCD | B310 Claims Administration and Objections; A108 Several discussions with IRS supervisor and resident agent and discussions with clients re same; email correspondence with IRS and clients | 1.20 | 480.00 |

| 12/11/2025 | | 11365/003 | Phil Andrew Macken | | Page:10 |
|---|---|---|---|---|---|
| 10/07/2025 | JCD | B310 Claims Administration and Objections; A106 Communicate (with clients) concerning meetings and  document productiona | | 0.30 | 120.00 |
| 10/07/2025 | JAR | B310 Claims Administration and Objections; A106 Communicate Telephone call to Phil Andrew Macken regarding consent to extend and meeting with tax attorney | | 0.20 | 45.00 |
| 10/08/2025 | JAR | B300 Claims and Plan; A108 Communication - work on letter to Joanna Lyons for original signature of Consent to Extend time to Assess Tax | | 0.20 | 45.00 |
| 10/08/2025 | JAR | B160 Fee/Employment Applications; A107 Communicate - Telephone call from Cliff Capdevielle; memo to file | | 0.30 | 67.50 |
| 10/08/2025 | JCD | B160 Fee/Employment Applications; A106 Communicate - meeting with JAR, client, MAM and conference call with Cliff Capdevielle; | | 0.50 | 200.00 |
| 10/08/2025 | MAM | B300 Claims and Plan; A106 Communicate (with client); Meeting with client, JCD&JAR  for conference call with CPA to hire as co-counsel | | 0.80 | 160.00 |
| 10/10/2025 | JAR | B160 Fee/Employment Applications; A103 Draft/revise - work on application to employ Cliff Capdevielle | | 2.20 | 495.00 |
| 10/16/2025 | JAR | B160 Fee/Employment Applications; A106 Communicate - Telephone call from Dolores Webb Macken regarding hiring of Cliff; discussion with JCD re same. | | 0.20 | 45.00 |
| 10/17/2025 | JAR | B160 Fee/Employment Applications; A107 Communicate - Telephone call from Cliff Capdevielle regarding status of employment and documents. | | 0.30 | 67.50 |
| 10/17/2025 | JCD | B160 Fee/Employment Applications; phone call with JCD, Clliff Capdevielle, Dolores Macken, and MAM; | | 0.50 | 200.00 |
| 10/22/2025 | JAR | B110 Case Administration; A106 Communicate - correspondence with client with bank statements | | 0.20 | 45.00 |
| 10/22/2025 | JAR | B110 Case Administration; A108 Communicate - correspondence with Van Meter re bank statements | | 0.20 | 45.00 |
| 10/29/2025 | JAR | B110 Case Administration; A106 Communicate - correspondence with client re status of 2024 tax return | | 0.20 | 45.00 |
| 10/30/2025 | JAR | B110 Case Administration; A106 Communicate - Telephone call to Phil Andrew Macken regarding tax returns | | 0.20 | 45.00 |
| 11/03/2025 | JAR | B110 Case Administration; A108 Communicate - correspondence with trustee with 2024 tax return | | 0.20 | 45.00 |
| 11/04/2025 | JAR | B110 Case Administration; A108 Communicate - Telephone call from Kim @ Van Meter's Office re payment delinquency | | 0.20 | 45.00 |
| 11/04/2025 | JAR | B110 Case Administration; A108 Communicate - correspondence with Trustee with 2024 tax return | | 0.20 | 45.00 |
| 11/05/2025 | JAR | B110 Case Administration; A106 Communicate - Telephone call to Phil Andrew Macken regarding status of plan payments | | 0.20 | 45.00 |
| 11/05/2025 | JCD | B110 Case Administration; A104 Review Analyze - review Motion to Stay IRS claim objection | | 0.20 | 80.00 |
| 11/10/2025 | JAR | B310 Claims Administration and Objections; A108 Communicate - conference with JCD call to William Van Meter regarding plan and IRS claim; | | 0.70 | 157.50 |
| 11/10/2025 | JCD | B110 Case Administration; A108 Communicate with Trustee and accountant concerning status of case memo to file | | 0.90 | 360.00 |
| 11/10/2025 | JAR | B160 Fee/Employment Applications; A107 Communicate - Telephone call to Cliff Capdevielle regarding status of employment | | 0.20 | 45.00 |
| 11/13/2025 | JAR | B160 Fee/Employment Applications; A103 Draft/revise - work on Capdevielle employment application | | 0.70 | 157.50 |
| 11/14/2025 | JAR | B160 Fee/Employment Applications; A103 Draft/revise - work on Capdevielle employment application | | 0.80 | 180.00 |
| 11/17/2025 | JAR | B160 Fee/Employment Applications; A103 Draft/revise - work on declaration of Cliff Capdevielle | | 0.80 | 180.00 |
| 11/17/2025 | JAR | B110 Case Administration - Telephone call to Cliff Capdevielle | | 0.20 | 45.00 |
| 11/17/2025 | JCD | B160 Fee/Employment Applications; A103 Draft/revise employment application; conference calls with IRS counsel, Cliff Capdeville, client and JAR | | 2.30 | 920.00 |

| 12/11/2025 | | 11365/003 | Phil Andrew Macken | | Page:11 |
|---|---|---|---|---|---|

| Date | | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 11/17/2025 | JAR | B160 Fee/Employment Applications; A107 Communicate - correspondence with IRS re draft declaration of Cliff Capdevielle | | 0.20 | 45.00 |
| 11/17/2025 | JAR | B160 Fee/Employment Applications; A103 Draft/revise - work on shortened time motions for application to employ Cliff Capdevielle | | 1.70 | 382.50 |
| 11/17/2025 | JAR | B160 Fee/Employment Applications; A107 Communicate - Telephone call to Cliff Capdevielle re revised declaration | | 0.20 | 45.00 |
| 11/17/2025 | JAR | B110 Case Administration; A107 Communicate - with McIntosh re order shortening time to hear motion to hire CPA; correspondence with Cliff Capdevielle | | 0.40 | 90.00 |
| 11/19/2025 | JAR | B160 Fee/Employment Applications; A103 Draft/revise - work on notice of entry of order approving shortened time | | 0.20 | 45.00 |
| 11/25/2025 | JAR | B110 Case Administration; A102 Research - Evans and Harris re attorney fees | | 0.50 | 112.50 |
| 12/03/2025 | JAR | B160 Fee/Employment Applications; A103 Draft/revise - work on status report for hearing on Cliff Capdevielle application to employ and compensation | | 1.80 | 405.00 |
| 12/03/2025 | JAR | B110 Case Administration; A106 Communicate - Telephone call to Phil Andrew Macken regarding hearing tomorrow on special counsel employment. | | 0.20 | 45.00 |
| 12/03/2025 | JCD | B110 Case Administration; A103 Draft/revise - Telephone call to Phil Andrew Macken status report and communications with Chapter 13 Trustee | | 1.00 | 400.00 |
| 12/04/2025 | JAR | B160 Fee/Employment Applications; A103 Draft/revise - work on order approving application to employ Cliff Capdevielle | | 0.50 | 112.50 |
| 12/04/2025 | JCD | B160 Fee/Employment Applications; A109 Appear for/attend hearing on application to employ Cliff Capdevielle; meeting with client | | 1.40 | 560.00 |
| 12/05/2025 | JAR | B160 Fee/Employment Applications; A107 Communicate - correspondence with trustee and irs counsel re order approving special counsel | | 0.20 | 45.00 |
| 12/05/2025 | JAR | B160 Fee/Employment Applications; A103 Draft/revise - work on Order shortening time pleadings | | 0.90 | 202.50 |
| 12/08/2025 | JAR | B160 Fee/Employment Applications; A103 Draft/revise - work on notice of entry of order granting employment and compensation for special counsel | | 0.30 | 67.50 |
| | | **Total Fees** | | **267.20** | **$81,590.00** |

**Expenses**

| Date | Description | Amount | | | |
|---|---|---|---|---|---|
| 09/05/2024 | E108 Postage | 54.67 | | | |
| 09/30/2024 | E101 Copying | 162.50 | | | |
| 11/29/2024 | E101 Copying | 57.75 | | | |
| 01/31/2025 | E101 Copying | 0.25 | | | |
| 02/28/2025 | E101 Copying | 0.50 | | | |
| 03/11/2025 | E108 Postage - Progressive check | 8.20 | | | |
| 05/30/2025 | E108 Postage | 2.07 | | | |
| 05/30/2025 | E108 Postage | 2.91 | | | |
| 05/30/2025 | E108 Postage | 8.61 | | | |
| 07/31/2025 | E101 Copying | 113.25 | | | |
| 07/31/2025 | E108 Postage | 52.54 | | | |
| 10/08/2025 | E108 Postage - Joanna Lyons (IRS) | 41.05 | | | |
| 11/20/2025 | E108 Postage | 210.00 | | | |
| 11/30/2025 | E101 Copying | 414.00 | | | |
| | **Total Expenses** | | | | **$1,128.30** |

| | | | | | |
|---|---|---|---|---|---|
| | **TOTAL NEW CHARGES** | | | | **$82,718.30** |

| 12/11/2025 | 11365/003 | Phil Andrew Macken | Page:12 |
|---|---|---|---|

**STATEMENT OF ACCOUNT**

| Prior Balance | 95,882.13 |
|---|---|
| Payments | -92,504.72 |
| Current Fees | 81,590.00 |
| Current Expenses | 1,128.30 |
| **AMOUNT DUE AND OWING TO DATE** | **$86,095.71** |

## Payments

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 9/20/2024 | 370337 | Payment on Account | 42,504.72 |
| 9/24/2024 | 1003 | Payment on Account | 50,000.00 |