DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| IN RE | BK-N-23-50950-HLB |
|---|---|
| PHILIP ANDREW MACKEN, | Chapter 13 |
| Debtor | **ATTORNEY INFORMATION SHEET** |
| _____ / | Hearing Date: December 30, 2025<br>Hearing Time: 1:30 p.m. |

Pursuant to Local Rule 9006, my office provided notice or attempted to provide notice to the following parties, or their counsel, of the proposed Order Shortening Time for Notice and Hearing on the Application by Debtor's Attorney Requesting Approval For Second Interim Compensation and Reimbursement of Expenses (Demetras Law). They agree or disagree to the time being shortened as indicated below:

| NAME | AGREE/DISAGREE | HOW NOTIFIED |
|---|---|---|
| William Van Meter<br>Chapter 13 Trustee | Agree | at status hearing on 12/4/2025 |

1

| | | |
|---|---|---|
| McKay Holley<br>Counsel for Kathryn Silverton<br>Trustee of the Loretta M. Kuhn<br>Revocable Trust | agreed | at status hearing<br>on 12/4/2025 |
| Kenton McIntosh<br>Counsel for Department<br>of Treasury – Internal<br>Revenue Service | agreed | at status hearing<br>on 12/4/2025 |

DATED this 11th day of December 2025.

                    DEMETRAS LAW
                    <u>/s/ J. Craig Demetras</u>
                    By: J. Craig Demetras
                    Attorney for Debtor