_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
December 12, 2025

DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE<br><br>PHILIP ANDREW MACKEN,<br><br>    Debtor<br><br>_____ / | BK-N-23-50950-HLB<br><br>Chapter 13<br><br>**ORDER GRANTING ORAL MOTION FOR ORDER SHORTENING TIME TO HEAR APPLICATION BY DEBTOR'S ATTORNEY REQUESTING APPROVAL FOR SECOND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES (DEMETRAS LAW)**<br><br>Hearing Date:  December 30, 2025<br>Hearing Time: 1:30 p.m. |

    An oral request for an Order Shortening Time was made by the Debtor during a status hearing held on December 4, 2025, through his attorney of record, J. Craig

1

Demetras of Demetras Law to hear an Application by Debtor's Attorney Requesting Approval for Second Interim Compensation and Reimbursement of Expenses (Demetras Law) and good cause appearing therefor,

    IT IS HEREBY ORDERED that the time for notice of a hearing with respect to the oral motion for Order Shortening Time to Hear Application by Debtor's Attorney Requesting Approval for Second Interim Compensation and Reimbursement of Expenses (Demetras Law) is hereby shortened so that the Application is heard before this Court on December 30, 2025, at 1:30 p.m.

    IT IS HEREBY FURTHER ORDERED that any opposition to the Application shall be filed and served by December 23, 2025.

    IT IS HEREBY FURTHER ORDERED that any replies shall be made at the time of the hearing.

DATED this 11th day of December 2025.

                                              DEMETRAS LAW
                                              /s/ J. Craig Demetras
                                              By: J. Craig Demetras
                                              Attorney for Debtor