DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE | BK-N-23-50950-HLB |
|---|---|
| PHILIP ANDREW MACKEN, | Chapter 13 |
| Debtor | **NOTICE OF HEARING FOR APPLICATION BY DEBTOR'S ATTORNEY REQUESTING APPROVAL FOR SECOND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES (DEMETRAS LAW)** |
| _____/ | Hearing Date: December 30, 2025<br>Hearing Time: 1:30 p.m. |

PLEASE TAKE NOTICE that on the above-stated date and time, the United States Bankruptcy Court at the C. Clifton Young Federal Building, 300 Booth Street, Reno, NV 89509, will hear the Application by Debtor's Attorney Requesting Approval for Second Interim Compensation and Reimbursement of Expenses (Demetras Law) telephonically.

1

Any opposition to this application must be filed by December 23, 2025. Any replies will be heard at the hearing on December 30, 2025.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

    1. The court may *refuse to allow you to speak* at the scheduled hearing; and

    2. The court may *rule against you* without formally calling the matter at the hearing

NOTICE IS FURTHER GIVEN that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on December 30, 2025, at 1:30 p.m. Parties are permitted to appear telephonically by dialing **1-833-435-1820, Meeting ID 160 532 0260 Participant Code: 643758.**

PLEASE TAKE FURTHER NOTICE that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

Dated this 12th day December, 2025.

Demetras Law
/s/ J. Craig Demetras
By: J. Craig Demetras
Attorney for Debtor

2