_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
December 31, 2025

DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| IN RE | BK-N-23-50950-HLB |
|---|---|
| PHILIP ANDREW MACKEN, | Chapter 13 |
| Debtor | **ORDER GRANTING APPLICATION BY DEBTOR'S ATTORNEYS REQUESTING APPROVAL FOR SECOND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES (DEMETRAS LAW)** |
| _____/ | |
| | Hearing Date: December 30, 2024 Hearing Time: 1:30 p.m. |

  A hearing was held on December 30, 2025, on Application by Debtor's Attorneys Requesting Approval For Second Interim Compensation And Reimbursement Of Expenses (Demetras Law) [Doc # 208] filed on December 12, 2025. At the hearing, Debtor appeared by and through his counsel, J. Craig Demetras, of Demetras Law.

1

Appearances were made by, William Van Meter, Chapter 13 Trustee, and Patrick Burnett, Esq., on behalf of the United States. The Court incorporated its oral findings of fact and conclusions of law as stated on the record pursuant to Fed. R. P. 7052. which include the following:

1. Payment shall be made by the Chapter 13 Trustee from the funds being held by the Chapter 13 Trustee with the balance of the payment to be paid from the Heritage Bank trust account.

2. The Debtor's Chapter 13 plan has not yet been confirmed and cannot be presented for confirmation until several material disputed claim issues are resolved.

3. The Trustee has consented to the Debtor's proposal subject to the terms of this order. Because the Debtor's Chapter 13 plan has not yet been confirmed and cannot be presented for confirmation for an extended period time when several material disputed claim issues can be resolved, the agreement of the parties is approved.

4. Notwithstanding the provisions of 11 U.S.C. § 1326(a)(2), and Debtor's consent, the Trustee may distribute the approved fees prior to plan confirmation from a portion of the plan payments made to the Chapter 13 Trustee pursuant to § 1326(a)(1).

Good Cause appearing therefor:

IT IS HEREBY ORDERED that the Application is GRANTED in the total amount of $82,718.30; of which $81,590.00 is for legal fees, with $1,128.30 representing reimbursement for necessary costs and out-of-pocket expenses.

1  IT IS FURTHER ORDERED that the Chapter 13 Trustee is authorized to pay
2  Demetras Law $76,000 from funds on hand.

3  IT IS FURTHER ORDERED that Demetras Law is authorized to pay the
4  $6,718.30 balance of fees and costs from funds on hand in the Heritage Bank trust
5  account .

6  IT IS FURTHER ORDERED that based on the agreement of the parties, the
7  preconfirmation distribution to Demetras Law shall be treated in the same manner as a
8  distribution under a confirmed Chapter 13 plan pursuant to 11 U.S.C. § 1326(b), including
9  payment of the Trustee's percentage fee in effect on the date the plan payment was
10 received by the Trustee.

Submitted by:

DEMETRAS LAW
/s/ J. Craig Demetras
By: J. Craig Demetras
Attorney for Debtor


**Approved**/Disapproved
/s/ William Van Meter
William Van Meter
Chapter 13 Trustee

**Approved**/Disapproved

/s/ Patrick Burnett
Patrick Burnett
Counsel for the United States

3

## ALTERNATIVE METHODS re: RULE 9021

In accordance with L. R. 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

_____ The court waived the requirements of L. R. 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_X\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Kenton McIntosh
Counsel for the United States
Approved

William Van Meter
Chapter 13 Trustee
Approved

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

DATED: December 30, 2025

/s/ J. Craig Demetras
Attorney for Debtor
230 E. Liberty Street
Reno, NV 89501
775-348-4600