DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE | BK-N-23-50950-HLB |
|---|---|
| PHILIP ANDREW MACKEN, | Chapter 13 |
| Debtor | **STIPULATION TO EXTEND DISCOVERY DEADLINE** |
| _____/ | |

This Stipulation which is entered into by and among J. Craig Demetras, Esq., of Demetras Law, on behalf of Philip Andrew Macken ("Debtor"), and Kenton McIntosh and Patrick Burnett counsel for the United States shall be effective upon this Court's entry of an order approving this Stipulation and is based upon the following facts and circumstances:

1. On January 9, 2026, counsel for the Debtor, J. Craig Demetras, Special Counsel for the Debtor, Cliff Capdevielle, and counsel for the United States, met and conferred regarding the current discovery deadline. The parties hereby stipulate that the deadline for closing of discovery shall be extended from January 12, 2026, to June 11, 2026.

2. All other discovery deadlines will be set upon a trial being scheduled.

1

1  NOW, THEREFORE, it is hereby agreed and stipulated by the undersigned that the
2  discovery deadline be extended from January 12, 2026, to June 11, 2026.
3  DATED this 9th day of January, 2026.

Demetras Law
/s/ J. Craig Demetras
By: J. Craig Demetras
Attorney for Debtor

DATED this 12th day of January 2026.

United States

/s/ Kenton McIntosh
By: Kenton McIntosh
Attorney for United States

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Demetras Law and that on January 12, 2026, the foregoing document was served via ECF automated system to all ECF registered parties existing in this case.

Dated: January 12, 2026.

/s/ Julie Ann Raum
Employee of Demetras Law