WILLIAM A. VAN METER, ESQ.
State Bar No. 2803
P.O. Box 6630
Reno, Nevada  89509                    Electronically Filed on:  April 16, 2026
(775) 324-2500

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                          ) Case No.:  BK-N 23-50950-HLB
                                                )
PHILIP ANDREW MACKEN,                           ) Chapter 13
                                                )
                                                ) **NOTICE OF REMOTE HEARING RE:**
                                                ) **TRUSTEE'S MOTION TO DISMISS FOR**
              Debtor.                           ) **FAILURE TO MAKE PLAN PAYMENTS**
                                                )
                                                ) Date:   May 14, 2026
                                                ) Time:   3:00 pm
_____/        Time Required:  (1  Minute)

**William A. Van Meter**
**CHAPTER 13 TRUSTEE**
**P.O. Box 6630**
**Reno, NV 89509**
**(775) 324-2500**

        **Please take notice that a REMOTE HEARING will be held on May 14, 2026 at 3:00 pm. The hearing will be held before a United States Bankruptcy Judge by remote participation at Telephone No. 1 (833) 435-1820 Meeting ID# 161 214 7653 Participant Code# 313068, with regard to the TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS.**

        Any opposing memorandum must be written, state the grounds of objection, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c) and be filed with the Court and served on the Trustee, William A. Van Meter, P.O. Box 6630, Reno, Nevada  89513 on or before fourteen (14) days preceding the hearing date for the motion. Local Rule 9014(b)(1)(D) provides:

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. **Any proposed modified plan that is intended to address the alleged payment delinquency must be filed, served, and set for hearing prior to the hearing date of this motion to dismiss.** You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
> • The court may *rule against you* without formally calling the matter at the hearing

        Dated:  April 16, 2026

                                        /S/ WILLIAM A. VAN METER
                                        WILLIAM A. VAN METER, ESQ.

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Bankr. P. 9014, 7004 and Fed. R. Civ. P. 4(g), I Kimberly Schneider hereby swear under penalty of perjury that I am over the age of 18, not a party to the within action, and that on April 16, 2026, I Electronically Filed the attached **TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS AND NOTICE OF REMOTE HEARING** and that upon the filing of the document I anticipate that the Bankruptcy Court will thereafter generate a Notice of Electronic Filing and electronically transmit the document to:

Dated:  April 16, 2026

/S/ Kimberly Schneider
Kimberly Schneider

LAW OFFICES OF J. CRAIG DEMETRAS
J. CRAIG DEMETRAS, ESQ.
230 E. LIBERTY STREET
RENO, NV 89501

PHILIP ANDREW MACKEN                    Served by First Class Mail
1177 WOODFORDS AVENUE
GARDNERVILLE, NV 89460