DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE | BK-N-23-50950-HLB |
| PHILIP ANDREW MACKEN, | Chapter 13 |
| Debtor | **STATUS REPORT** |
| / | Hearing Date: May 13, 2026<br>Hearing Time: 3:00 p.m. |

Debtor, Philip Andrew Macken, by and through his counsel, J. Craig Demetras of Demetras Law hereby files his Status Report. As of the date of this Status Report, pending matters include the following:

1. As indicated in the Opposition to the Trustee's Motion to Dismiss, Debtor's counsel, the Debtor's special counsel Cliff Capdevielle, and trial counsel for the IRS have an agreement which is substantively as follows:

/ / / / /

1

a. Depositions of the Debtor and the Debtor's spouse will be set for July 20, 2026, and July 21, 2026, in Reno, the Deposition of the IRS Revenue Agent is proposed to take place in Las Vegas on July 23,2026.

b. The parties will request the Court to set a date in early December for a hearing on any timely filed motions for summary judgment.

2. In addition to the 25 payments for 2026 listed in the Opposition, the Debtor has made two payments in May – a May 1, 2026 payment of $860.00 and a May 13, 2026 payment of $825.00.

DATED this 13th day of May, 2026.

DEMETRAS LAW
/s/ J. Craig Demetras
By: J. Craig Demetras
Attorney for Debtor

2

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Demetras Law and that on May 13, 2026, the foregoing document was served via ECF automated system to all ECF registered parties existing in this case.

Dated: May 13, 2026.

/s/ Julie Ann Raum
Employee of Demetras Law