

_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
May 20, 2026
_____

WILLIAM A. VAN METER, TRUSTEE
State Bar. No. 2803
P.O. Box 6630
Reno, Nevada  89513
(775) 324-2500
ecf@reno13.com

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:                                                      CASE NO. 23-50950-HLB

PHILIP ANDREW MACKEN ,

                                                            Chapter 13

            Debtor.

                                                            **ORDER  DENYING  TRUSTEE'S  MOTION  TO
                                                            DISMISS WITHOUT PREJUDICE**

                                                            Hearing Date: May 14, 2026
                                                   /        Hearing Time: 3:00 pm.
_____

        Having reviewed the Trustee's Motion to Dismiss, the objections filed by the Debtor and the Internal

Revenue Service and having considered the oral arguments presented by the parties, and for good cause appearing;

        IT IS ORDERED that the Motion to Dismiss is **denied without prejudice**.


                            **IT IS SO ORDERED**


\

Prepared by:


/S/WILLIAM A. VAN METER
WILLIAM A. VAN METER
Chapter 13 Trustee

<u>ALTERNATIVE METHODS re: RULE 9021:</u>

In accordance with L.R. 9021, the undersigned submitting this document certifies as follows:

<u>X</u>      The court waived the requirements set forth in L.R. 9021(b)(1).

_____      No party appeared at the hearing or filed an objection to the motion.

_____      I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document].

_____      I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

**Dated:**  May 20, 2026

/S/ Kimberly Schneider
Kimberly Schneider
Assistant to William A. Van Meter, Trustee
P.O. Box 6630
Reno, NV  89509

###