BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

PATRICK R. BURNETT (DCBN 1780072)
KENTON MCINTOSH (DCBN 1656705)
Trial Attorneys, Civil Division
Tax Litigation Branch
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-514-6619 (Burnett); 202-514-3768 (McIntosh)
Fax: 202-307-0054
Patrick.R.Burnett@usdoj.gov
Kenton.McIntosh@usdoj.gov

*Counsel for the United States*

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 23-50950-HLB |
| PHILIP ANDREW MACKEN, | Chapter 13 |
| Debtor. | **STIPULATED SCHEDULING ORDER** |

Pursuant to Federal Rules of Bankruptcy Procedure 7016 and 9014, and Federal Rule of Civil Procedure 16, Debtor Philip Andrew Macken and the United States of America (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree

to the following scheduling deadlines for discovery and dispositive motions in this matter, and respectfully request that the Court enter this scheduling order:

1.    **Discovery Responses:** Debtor Philip Andrew Macken shall serve his responses and responsive documents to the United States' Information Document Request (IDR) dated September 10, 2025 and the United States' Fourth Set of Requests for Production dated March 5, 2026 no later than **June 22, 2026**.

2.    **Depositions**: The parties will hold the deposition of Philip Macken on **July 20, 2026**, the deposition of Dolores Macken on **July 21, 2026**, and the deposition of Joanna Lyons on **July 23, 2026**, unless the parties agree to another date due to unforeseen circumstances.

3.    **Expert Reports:** All expert reports shall be exchanged by the Parties no later than **August 7, 2026**.

4.    **Close of Discovery:** All discovery shall be completed by **September 25, 2026**.

5.    **Dispositive and *Daubert* Motions:**

- Summary Judgment and *Daubert* motions shall be filed no later than **November 20, 2026**.

- Responses to Summary Judgment and *Daubert* motions shall be filed within **21 days** after the filing of the motion.

- Replies to Summary Judgment and *Daubert* motions shall be filed within **14 days** after the filing of the response.

6.    **Oral Argument:** Oral argument on Summary Judgment and/or *Daubert* motions will be held **January 18, 2027 or later**, subject to the Court's availability and scheduling preferences.

//

//

//

//

//

//

Respectfully submitted this 4th day of June, 2026.

_/s/ Kenton McIntosh_
KENTON MCINTOSH
Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

*Counsel for the United States*

_/s/ James Craig Demetras_
JAMES CRAIG DEMETRAS
Demetras Law
230 East Liberty St.
Reno, NV 89501
(775) 348-4600
jcd@demetraslaw.com

*Counsel for Philip Andrew Macken*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties entitled thereto.

/s/ Kenton McIntosh
KENTON MCINTOSH
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice

STIPULATED SCHEDULING ORDER
PAGE 4