BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

PATRICK R. BURNETT (DCBN 1780072)
KENTON MCINTOSH (DCBN 1656705)
Trial Attorneys, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-514-6619 (Burnett); 202-514-3768 (McIntosh)
Fax: 202-307-0054
Patrick.R.Burnett@usdoj.gov
Kenton.McIntosh@usdoj.gov
Western.TaxCivil@usdoj.gov

*Counsel for the United States*

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PHILIP ANDREW MACKEN,<br><br>Debtor. | Case No. 23-50950-HLB<br><br>Chapter 13<br><br>**NOTICE OF DOCUMENT SUBPOENAS**<br><br>Judge: The Honorable Hilary L. Barnes |

PLEASE TAKE NOTICE that, under Federal Rule of Civil Procedure 45, the United States is issuing document subpoenas as follows:

The United States has requested that Jonathan Steele, Steele & Associates, LLC, Michelle Salazar, and Litigation & Valuation Consultants, Inc. produce on August 28, 2026 at 5:00 pm eastern time certain documents, electronically stored information, or objects at the local United States Attorney's Offices or to the undersigned directly.

Dated: July 31, 2026.

*<u>/s/ Kenton McIntosh</u>*
KENTON MCINTOSH
PATRICK R. BURNETT
Trial Attorneys, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 31st day of July, 2026, via the Court's ECF system to all users:

*/s/ Kenton McIntosh*
KENTON MCINTOSH
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044