NVB 9037 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

PHILIP ANDREW MACKEN
aka PHIL A. MACKEN
aka RPM CONSULTING GROUP LLC
aka PHIL ANDREW MACKEN
aka PHILLIP A. MACKEN
aka PHILIP A. MACKEN

Debtor(s)

BK−23−50950−hlb
CHAPTER 13

NOTICE OF FILING OFFICIAL TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS GIVEN** that a transcript has been filed on September 11, 2026 as referenced in the following document:

***231*** − Transcript regarding Hearing Held on 12/4/25. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, Telephone number (855) 873−2223. Purchasing Party: J. Craig Demetras. Redaction Request Due By 10/2/2026. Redacted Transcript Submission Due By 10/13/2026. Transcript access will be restricted through 12/10/2026. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is October 2, 2026.

If a Request for Redaction is filed, the redacted transcript is due October 13, 2026. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is December 10, 2026, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1−866−232−1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 9/11/26

Dan Owens
Dan Owens
Clerk of Court