Honorable Hilary L. Barnes
United States Bankruptcy Judge

DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE<br><br>PHILIP ANDREW MACKEN,<br><br>Debtor<br><br>_______________________________/ | BK-N-23-50950-HLB<br><br>Chapter 13<br><br>**ORDER APPROVING STIPULATED SCHEDULING ORDER** |

The Court, having reviewed and considered the Stipulated Scheduling Order, and for good cause appearing:

IT IS HEREBY ORDERED that the Stipulated Scheduling Order is APPROVED in its entirety and all parties shall cooperate to effectuate the terms of the Stipulated Scheduling Order.

/ / / / /

/ / / / /

**IT IS SO ORDERED.**

Submitted by:
Demetras Law
/s/ J. Craig Demetras
By: J. Craig Demetras
Attorney for Debtor

United States
/s/ Kenton McIntosh
By: Kenton McIntosh
Attorney for United States

DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE<br><br>PHILIP ANDREW MACKEN,<br><br>Debtor<br>______________________________/ | BK-N-23-50950-HLB<br><br>Chapter 13<br><br>**STIPULATED SCHEDULING ORDER** |

Pursuant to Federal Rules of Bankruptcy Procedure 7016 and 9014, and Federal Ruel of Civil Procedure 16, Debtor Philip Andrew Macken and the United States of America (collectively, the "Parties"), by and through their undersigned counsel, here stipulate to extend the deadline for the filing of dispositive motions.

In support of the Stipulation, the Parties represent as follows:

1. All discovery by the Parties was completed by the September 25, 2026, deadline.
2. The Parties are continuing to discuss a potential settlement of all the United

States' claims against the Debtor and his spouse Dolores Macken.

NOW, THEREFORE, it is hereby agreed and stipulated by the undersigned as follows:

1. The deadline to file dispositive and *Daubert* Motions shall be extended from November 20, 2026, to **January 22, 2027**;
2. Responses to Summary Judgment and *Daubert* motions shall be filed within **21 days** after the filing of the motion;
3. Replies to Summary Judgment and *Daubert* motions shall be filed within **14 days** after the filing of the response; and
4. Oral argument on the Summary Judgment and/or *Daubert* motions will be held **March 19, 2027** or **later,** subject to the Court's availability and scheduling preferences.

Respectfully submitted this 10th day of November, 2026

/s/ J. Craig Demetras
JAMES CRAIG DEMETRAS
Demetras Law
230 East Liberty Street
Reno Nevada 89501
*Counsel for Philip Andrew Macken*

/s/ Kenton McIntosh
KENTON MCINTOSH
Trial attorney, Civil Division
U.S. Department of Justice
P.O. Box 683
Washington D.C. 20044
*Counsel for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Demetras Law and that on November 10, 2026, the foregoing document was served via ECF automated system to all ECF registered parties existing in this case.

Dated: November 10, 2026.

/s/ Julie Ann Raum
Employee of Demetras Law